IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-1856-MSK-BNB | Date: June 18, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| Parties | | Attorney(s) |
|---|---|---|
| GAIL WATERS | | *William W. Frankfurt* |
| | | *Kevin C. Flesch* |
| **Plaintiff(s)** | | |
| v. | | |
| CITY and COUNTY of DENVER | PHILLIP COLEMAN | *Wendy J. Shea* |
| DENVER ZOOLOGICAL FOUNDATION, INC | PETE CONNER | *Cristina Pena Helm* |
| | JENNIFER CURTIS | *Julie N. Richards* |
| | JOE GASKA | |
| ANDRE DERRITT | JUSTIN JONES | |
| ERIC FLUEGEL | MARCO MARTINEZ | |
| KELLIE GORMAN | ALBERTO PAEZ | |
| AARON LAWYER | ALVIN SHELL | |
| JAMES TOTTEN | CHERYL SMITH | |
| ADAM BECHTOLD | SEAN STEVENSON | |
| JEFFREY BEHNKE | CHARLES WHEELING | |
| DAMON BOWSER | | |
| **Defendant(s)** | | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:30 p.m.

Appearance of counsel.

Argument presented on [86] The Zoo Defendants' Motion to Strike Plaintiff's Rule 26(A)(2) Expert Designations of Dr. Judy Melinek, Gary Schwartz, and Dr. John Carver and [88] Plaintiff's Motion for an Extension to Supplement Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2)(B).

For reasons stated on the record, it is

**ORDERED:** **[86] The Zoo Defendants' Motion to Strike Plaintiff's Rule 26(A)(2) Expert Designations of Dr. Judy Melinek, Gary Schwartz, and Dr. John Carver is DENIED.**

**[88] Plaintiff's Motion for an Extension to Supplement Expert Disclosures Pursuant to Fed.R.Civ.P. 26(a)(2)(B) is GRANTED.**

**Discovery is reopened until September 17, 2013, solely for the purposes of completing depositions. Parties are allowed a total of 14 depositions.**

**Parties shall submit an agreed upon deposition schedule to the court on or before June 6, 2013.**

**Request for extension of dispositive motion deadline is GRANTED. Deadline extended to October 18, 2013.**

Court in Recess:  2:12 p.m.    Hearing concluded.    Total time in Court:  00:42

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119