IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-1856-MSK-BNB | Date: September 24, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | | *Attorney(s)* |
|---|---|---|
| GAIL WATERS | | *William W. Frankfurt* |
| | | *Kevin C. Flesch* |
| **Plaintiff(s)** | | |
| v. | | |
| CITY and COUNTY of DENVER | PHILLIP COLEMAN | *Wendy J. Shea* |
| DENVER ZOOLOGICAL FOUNDATION, INC | PETE CONNER | *Cristina Pena Helm* |
| | JENNIFER CURTIS | *Julie N. Richards* |
| | JOE GASKA | |
| ANDRE DERRITT | JUSTIN JONES | |
| ERIC FLUEGEL | MARCO MARTINEZ | |
| KELLIE GORMAN | ALBERTO PAEZ | |
| AARON LAWYER | ALVIN SHELL | |
| JAMES TOTTEN | CHERYL SMITH | |
| ADAM BECHTOLD | SEAN STEVENSON | |
| JEFFREY BEHNKE | CHARLES WHEELING | |
| DAMON BOWSER | | |
| **Defendant(s)** | | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 2:02 p.m.

Appearance of counsel.

Argument presented on [107] Motion to Compel Discovery Response from Plaintiff.

**ORDERED:** **[107] Motion to Compel Discovery Response from Plaintiff is GRANTED insofar as it seeks an award of attorney's fees. Motion for Award of Attorney's Fees to be filed by October 18, 2013, if the parties cannot agree on**

      **the amount in the fee application.**

Argument given on [110] Joint Motion to Strike Plaintiff's Supplemental Rule 26(a)(2) Expert Designations of Supplemental Opinions of Dr. Judy Melinek.

**ORDERED:**    **[110] Joint Motion to Strike Plaintiff's Supplemental Rule 26(a)(2) Expert Designations of Supplemental Opinions of Dr. Judy Melinek is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  2:17 p.m.     Hearing concluded.     Total time in Court:  00:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119