IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01856-MSK-BNB

GAIL WATERS, as personal representative of the Estate of Alonzo Ashley,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DENVER ZOOLOGICAL FOUNDATION, INC., a nonprofit corporation
ANDRE DERRITT, an employee of the Denver Zoological Foundation, in his individual capacity,
ERIC FLUEGEL, an employee of the Denver Zoological Foundation, in his individual capacity,
AARON LAWYER, an employee of the Denver Zoological Foundation, in his individual capacity,
JAMES TOTTEN, an employee of the Denver Zoological Foundation, in his individual capacity,
PHILIP COLEMAN, a Denver Police Department Officer, in his official and individual capacity,
PETE CONNER a Denver Police Department Lieutenant, in his official and individual capacity,
JOE GASCA, a Denver Police Department Officer, in his official and individual capacity,
JUSTIN JONES, a Denver Police Department Officer, in his official and individual capacity,
JOHN DOE I-V, employees of the Denver Police Department, in official and individual capacities; and
JOHN DOE VI-X, employees of Denver Zoological Foundation, in official and individual capacities,

    Defendants.

---

## DECLARATION OF JUSTIN JONES

---

I, **JUSTIN JONES**, declare the following based upon my personal knowledge:

1.     I am currently employed as a police officer with the City and County of Denver and I was similarly employed on July 18, 2011. I have personal knowledge of the matters set forth below.

**Exhibit 1**

2. On July 18, 2011, around 5:00 p.m., I responded to a dispatch call concerning report of a possible domestic violence incident inside the Denver zoo near the pachyderm house. It was reported that a male was threatening a female he was with, possibly his girlfriend. At the time I was in full uniform and I was the first officer to arrive on scene. I walked through the exit gates at the front of the zoo, and guests who were leaving the zoo started pointing me in the direction of the disturbance.

3. As I started walking in the direction of the pachyderm house, I was met by a zoo security guard (later identified as James Totten) who informed me that another zoo security guard had been beaten by the male suspect (later identified as Alonzo Ashley) and that zoo security was watching the male.

4. As I rounded the corner with the security guard, I could see Mr. Ashley who appeared to be very agitated and angry. Zoo employees were standing around him at a distance in sort of a semi-circle. Mr. Ashley was yelling at the employees, but I could not hear what he was yelling as I and the zoo security guard approached. Zoo patrons were also standing in the area watching what was happening.

5. I was very concerned by Mr. Ashley's conduct, especially since I had been told that he already assaulted a zoo security guard. Because I thought Mr. Ashley posed a significant threat to everyone around him, including zoo patrons, based upon his actions and the fact that I was the only officer at the scene, I decided to bring out my TASER in an attempt to gain compliance. At the time I was standing approximately six feet away and I pointed the TASER at Mr. Ashley's chest, identified myself as a Denver police officer, and told him to get on the ground.

6. Mr. Ashley complied with my order and immediately sat down on the ground and looked at me. He gave me no indication that he did not understand who I was or what I was telling him. I then instructed him to lie on his stomach with his arms to out to his side. As soon as I gave him this instruction, Mr. Ashley jumped up to his feet and made fists with his hands which he brought up in front of his chest in a boxer or fighting stance. Around that time, I also recall Mr. Ashley telling me to "get the fuck away" from him or "get the fuck out of [his] face." Around the time when Mr. Ashley jumped to his feet and took a fighting stance, I called for backup.

7. Mr. Ashley then began walking quickly toward the zoo exit. I advised dispatch that I needed Code 10 cover, meaning that I needed officers in the area to respond as quickly as possible with lights and sirens. Because I was concerned that I might become involved in a foot chase with Mr. Ashley, I reholstered my TASER and followed Mr. Ashley, repeatedly ordering him to stop and get on the ground. I was very concerned that Mr. Ashley seemed intent on leaving the zoo because he had attacked a zoo security guard and was agitated and aggressive towards me and zoo security, thereby posing a safety risk not only to me, but also zoo employees, zoo guests and possibly himself. I also needed to investigate the possible domestic violence incident and arrest him for assaulting the zoo security guard. However, Mr. Ashley ignored my orders and began repeatedly yelling at me, "If you touch me/if you put your hands on me, you're gonna end."

8. After walking approximately fifteen yards, Mr. Ashley stopped near a planter. I stopped approximately 4-5 feet away from Mr. Ashley and ordered him yet again to get on the ground. Around this time, I noticed that Mr. Ashley was sweating profusely. However, I did not

3

believe I was dealing with a mental health issue or possibly excited delirium. As Mr. Ashley attempted to run between me and a bush by the planter, he reached out to grab me. I unsuccessfully tried to grab Mr. Ashely's arms and a zoo security guard then rushed in to help. The three of us fell to the ground in front of the planter.

9. When we fell to the ground, Mr. Ashley landed on his side and he immediately twisted and punched me in the face. I continued to give Mr. Ashley commands to bring his arms behind his back and I struck Mr. Ashley twice in the abdominal area in an attempt to gain control over his arms. However, my strikes had no effect.

10. I continued to try to gain control over one of Mr. Ashley's arms to bring it behind his back. At this point I noticed that Mr. Ashley appeared to be incredibly strong and that I was not going to be able to get his arms behind his back. Therefore, I pulled out my TASER and removed the cartridge to use the TASER in drive stun mode. At the time, Mr. Ashley was flailing wildly, kicking, punching and trying to get up. Members from zoo security were trying their best to hold onto Mr. Ashley to prevent him from getting up. I applied the TASER in drive-stun mode to the upper region of his back for one cycle. However, the use of the TASER did not seem to have any effect as Mr. Ashley continued to violently struggle and resist arrest.

11. I recall that Officer Philip Coleman arrived around this time and that as I was trying to hold Mr. Ashley down with a knee in the area of his shoulder, Mr. Ashley reached up between my legs and grabbed and squeezed my testicles. Mr. Ashley also grabbed my TASER and tried to take it from me. I drove the TASER into the concrete trying to keep it away from Mr. Ashley.

4

12. Mr. Ashley continued to struggle, including kicking. When I was able to regain control over the TASER, Mr. Ashley had rolled onto his side so I applied the TASER in drive stun mode for a second time, in the area below his lateral muscle. As the TASER cycled, Mr. Ashley looked right at me and his motion ceased; however, when the cycle ended a few seconds later, it was like I had not even used the TASER and Mr. Ashley continued to violently resist arrest. As a result, I was unable to reholster the TASER because the holster broke during the struggle, so I slid it across the ground in an attempt to prevent Mr. Ashley from trying to take it for a second time. I did not use my TASER again.

13. As we were struggling with Mr. Ashley, other officers began to arrive, including Lieutenant Pete Conner and Officer Cheryl Smith. I continued to try to get control of Mr. Ashley with their assistance. As the struggle continued, I tried to hold one of Mr. Ashley's arms down on the pavement; however, I realized that my body was in the way of getting Mr. Ashley's arm behind his back. Therefore, I slid backwards to give the other officers the chance to try to gain control over Mr. Ashley. Around that time, I heard Lieutenant Pete Conner call for an ambulance. I had no further physical contact with Mr. Ashley. I was not involved in his handcuffing.

14. When I moved away from Mr. Ashley, I saw that one hand was in a handcuff and officers were attempting to pull his other arm behind him. At that time, he was lying on his stomach and still kicking. Even after Mr. Ashley was in handcuffs he continued to struggle and officers were still attempting to control him. I saw one officer bend Mr. Ashley's legs at the knees, cross his ankles and hold onto his legs in an attempt to stop him from kicking.

15. At some point shortly thereafter I noticed that Mr. Ashley had been rolled onto his side and he vomited. Someone asked if Mr. Ashley was breathing and I saw another officer take Mr. Ashley's pulse. Lieutenant Conner called for the ambulance to step it up and Officer Sean Stevenson then began giving Mr. Ashley chest compressions.

16. A zoo employee pulled up in a golf cart with an AED, but by that time the fire department had arrived. The paramedics also arrived during that time and Mr. Ashley was transported from the scene by ambulance.

17. At no time during the struggle did I use the TASER on Mr. Ashley's neck or spine, nor did I see any other officer use the TASER on his neck or spine. In fact, at the time, I was not aware that any other officer tried to use the TASER on Mr. Ashley. I also did not lie on top of Mr. Ashley or place any weight on Mr. Ashley's back. I also did not see any other officer lie on top of Mr. Ashley or place any weight on his back during or after the struggle.

**I declare under penalty of perjury that the foregoing is true and correct.**

**DATED this 17 day of October, 2013.**

_____
Justin Jones

6