**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01856-MSK-BNB

GAIL WATERS, as personal representative of the Estate of Alonzo Ashley,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DENVER ZOOLOGICAL FOUNDATION, INC., a nonprofit corporation,
ANDRE DERRITT, an employee of the Denver Zoological Foundation, in his individual capacity,
ERIC FLUEGEL, an employee of the Denver Zoological Foundation, in his individual capacity,
AARON LAWYER, an employee of the Denver Zoological Foundation, in his individual capacity,
JAMES TOTTEN, an employee of the Denver Zoological Foundation, in his individual capacity,
PHILIP COLEMAN, a Denver Police Department deputy, in his official and individual capacity,
PETE CONNER, a Denver Police Department Lieutenant, in his official and individual capacity,
JENNIFER CURTIS, a Denver Police Department deputy, in her official and individual capacity,
JOE GASCA, a Denver Police Department deputy, in his official and individual capacity,
JUSTIN JONES, a Denver Police Department lieutenant, in his official and individual capacity,
CHERYL SMITH, a Denver Police Department deputy, in his official and individual capacity,
SEAN STEVENSON, a Denver Police Department deputy, in his official and individual capacity,
CHARLES WHEELING, a Denver Police Department deputy, in his official and individual capacity,
JOHN DOE I – V, employees of the Denver Police Department, in official and individual capacities; and
JOHN DOE VI – X, employees of the Denver Zoological Foundation, in official and individual capacities,

      Defendants.

---

**AFFIDAVIT OF ANDRÉ DERRITT**

---

    I, André Derritt, after being first duly sworn and upon oath, states as follows:

**Exhibit 2**

1.     I am currently employed as a Security Guard for the Denver Zoo. I have worked at the Denver Zoo since June 2007.

2.     On July 18, 2011, I received a call, via Zoo dispatch radio, that a guest was acting strangely and might be in need of medical assistance. I responded to the area and observed a male with his face laying in a drinking fountain with the water running over his head.

3.     I approached the man, who I later learned was Alonzo Ashley, and asked him several times if he was okay and if he needed medical assistance. Mr. Ashley did not respond. I was worried that Mr. Ashley might be sick. I saw that a female was with Mr. Ashley, who I later learned was Mr. Ashley's girlfriend. I asked his girlfriend if she was with Mr. Ashley and she said yes. Mr. Ashley then suddenly became angry, stood up, pointed at his girlfriend and told her to shut up and not say anything. Mr. Ashley then looked at me and told me to "disappear" in a rather threatening manner. Mr. Ashley violently pushed a trashcan over and a recycle bin.

4.     I walked away from the area, but kept my eye on Mr. Ashley. He continued to yell obscenities at his girlfriend and I felt the situation between Mr. Ashley and his girlfriend might develop into a domestic violence incident because of what Mr. Ashley was yelling at his girlfriend and because his girlfriend looked nervous and scared. I was also concerned for the safety of other Zoo guests based on Mr. Ashley's threatening behavior. I used my cell phone to call the Zoo security supervisor, Jim Totten, and notify him of the situation. I then called 911 to request that Denver police be dispatched to the Zoo as I continued to watch Mr. Ashley.

5.     While I was on the phone with 911, Mr. Ashley started running towards me. I started running away from Mr. Ashley. Mr. Ashley was threatening to kill me and reached for his pocket. I was afraid that Mr. Ashley would kill me. Mr. Ashley caught up with me, tackled me to the ground, sat on top of me and repeatedly punched me while telling me he was going to kill me. I covered my face with my arms and did not hit Mr. Ashley. A Zoo guest approached to help me, causing Mr. Ashley to finally cease his assault. Mr. Ashley then got up and walked back to the drinking fountain near the elephant exhibit and put his head back in the water fountain. I then began to direct guests away from the area because I believed Mr. Ashley to be a serious threat to their safety.

6.     Shortly after that, Mr. Totten arrived at the scene and I spoke with him. A Denver police officer, who I later learned was Officer Justin Jones, also arrived.

7.     I saw Mr. Totten and Officer Jones follow Mr. Ashley. As they were moving, Mr. Ashley made a move towards Officer Jones. Mr. Totten and Officer Jones ended up on the ground with Mr. Ashley, struggling to get control of Mr. Ashley. More Denver police officers arrived to assist as Mr. Ashley continued to struggle. I heard the officers telling Mr. Ashley to stop resisting.

8.     I continued to assist with keeping Zoo guests away from the area. One of my supervisors then asked me to report to the First-Aid Station to check for any injuries after being

punched repeatedly by Mr. Ashley. After reporting to the First-Aid Station, I was instructed to go to an ambulance that had arrived on scene to be examined by a paramedic. I did not see any further events involving Mr. Ashley after I left the scene to go to the First-Aid Station.

9.    I was evaluated at Rose Hospital's emergency department following the assault by Mr. Ashley. I had head injuries and bruises on my face and body.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 17 day of October, 2013.

_____
André Derritt

STATE OF COLORADO    )
                     ) ss.
COUNTY OF DENVER     )


SUBSCRIBED and SWORN TO before me this 17 day of October, 2013, by André Derritt.

My commission expires: 9/30/2017

_____
Notary Public

PATRICIA A. MOREDOCK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934013609
COMMISSION EXPIRES SEP. 30, 2017