CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

002652

06:08:36 p.m.   08-09-2011   1 /14

# Police Agency Incident Report

| | |
|---|---|
| Incident Number | DPD-11-0316430 |
| Base Response # | |
| Response Date: | 07/18/2011 17:03:24 |
| Priority: | 1  P1 Emergency |
| Incident Type: | 2 Officers |
| Confirmation #: | |
| Jurisdiction: | DPD Denver Police |
| Division: | PD District 2 |
| Battalion: | Dist 2-Sector 1 |
| Station: | |
| Response Area: | P214 |
| Response Plan: | |
| Incident Type: | 2 Officers |
| Problem: | Domestic Violence IP-IO |
| Location Name | Zoo |
| Address: | 2300 N Steele St |
| Apt/Bldg #: | |
| City, State, Zip: | Denver  CO  80205 |
| County: | Denver |
| Location Type: | Denver City Facilities |
| Cross Street: | E 23RD AVE/Dead End |

| | |
|---|---|
| Method Of Call Rcv | |
| Call Back Phone: | 720-982-5186 |
| Caller Type: | |
| Caller Name: | SPRINT NEXTEL-CDMA |
| Caller Loc Name: | |
| Caller Address: | |
| Caller Apt/Bldg #: | |
| Caller City,State,Zip: | |
| Caller County: | |
| Time Phone Pick Up: | 07/18/2011 17:02:19 |
| Time 1st Call Taking Key Strok | 07/18/2011 17:02:20 |
| Time Call Entered Queue: | 07/18/2011 17:03:24 |
| Time Call Taking Completed: | |
| Time First Unit Assigned: | 07/18/2011 17:04:20 |
| Time First Unit Enroute: | 07/18/2011 17:30:46 |
| Time First Unit Arrived: | 07/18/2011 17:07:34 |
| Authorization #: | |
| Patient Name: | |
| Receiving Physician: | |
| Referring Physician: | |
| Request P/U Time: | |
| Promised P/U Time: | |
| Appointment Time: | |

| | |
|---|---|
| Call Rcvd To In-Queue: | |
| Call Rcvd To Call Taking Done: | 00:00:56 |
| In-Queue To First Assign: | 00:02:01 |
| Call Rcvd To First Assign: | 00:02:01 |
| Assigned To First Enroute: | |
| Enroute To First At Scene: | 00:26:26 |
| Call Rcvd To Call Closed: | 14:19:24 |
| Time Incident Under Control: | |
| Time Call Closed: | |
| Time Sent To Other CAD: | 07/19/2011 07:21:43 |
| Command Channel: | |
| Primary TAC Channel: | |
| Alternate TAC Channel: | |
| CallTaking Performed By: | Carr, Linda R = CIT |
| CallClosing Performed By: | Briggs, Jacob F. = CIT |
| Call Disposition: | Quit |
| Performed By: | Briggs, Jacob F. = CIT |
| Cancel Reason: | D Dispatcher Cancellation |
| ANI/ALI Address: | |
| ANI/ALI City: | |
| ANI/ALI Phone: | |
| ANI/ALI Time Rcvd: | |

Date: 8/9/2011   Time: 18:42:18   Operator: JPH   Incident Number: DPD-11-0316430   Page: 1

Exhibit 3

CAD 003371

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL
002653

06:08:47 p.m.   08-09-2011   2/14

# Police Agency Incident Report

Vehicles Assigned...

| Unit | Assignment | | Times | | | |
|---|---|---|---|---|---|---|
| 153C | Bloom, A 05113 = CIT | P1 Emergency (P05113) | 18:18:43 | 18:37:33 | | 21:23:01 |
| | Ujcich, K C 06012 = CIT | (P06012) | | | | |
| 155C | Jackson, B 04035 = CIT | P1 Emergency (P04035) | 18:18:44 | 18:37:09 | | 21:22:56 |
| 172C | Kennedy, J G 06053 = CIT | P1 Emergency (P06053) | 18:09:03 | 18:40:11 | | 21:24:52 |
| 174C | Bates, C M 06130 = CIT | P1 Emergency (P06130) | 18:09:03 | 18:39:36 | | 22:11:15 |
| 200C | Conner, R 89046 = CIT | P1 Emergency (P89046) | 17:14:19 | 17:14:22 | | 07:21:43 D Dispatcher Cancellation |
| 240C | Stem, R 87032 | P1 Emergency (P87032) | 18:06:24 | 18:11:23 | | 07:21:43 D Dispatcher Cancellation |
| 243C | Worrell, T 99050 | P1 Emergency (P99050) | 18:02:41 | 18:11:10 | | 07:21:43 D Dispatcher Cancellation |
| 260C | Maers, L 90031 = CIT | P1 Emergency (P90031) | 17:20:58 | 17:28:40 | | 07:21:43 D Dispatcher Cancellation |
| 261C | Trujillo, M R 07056 = CIT | P1 Emergency (P07056) | 18:20:20 | | | 06:32:41 |
| 262C | Stevenson, S. 08052 = CIT | P1 Emergency (P08052) | 17:14:00 | | | 02:01:50 |
| 263C | Figueroa, D 06101 = CIT | P1 Emergency (P06101) | 20:19:55 | | | 22:06:02 |

Date: 8/9/2011   Time: 18:42:18   Operator: JPH   Program: EditMgr.exe   Incident Number: DPD-11-0316430

Page: 2

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

# Police Agency Incident Report

| Code | Name | Type | Time 1 | Time 2 | Time 3 | Time 4 | Incident Number |
|---|---|---|---|---|---|---|---|
| 264C | Behnke, J 96003 | P1 Emergency (P96003) | 17:13:54 | 18:07:51 | | | 21:46:16 |
| 271C | James, M 08047 = CIT | P1 Emergency (P08047) | 18:06:41 | 18:11:03 | | | 19:40:06 |
| 272C | McDaniel, M G 05165 = CIT | P1 Emergency (P05165) | 17:30:46 | | | | 23:27:11 |
| 273C | McNeill, M M 04068 = CIT | P1 Emergency (P04068) | 17:30:46 | 17:30:46 | 22:28:56 | 17:30:46 | 22:51:23 |
| 274C | Helm Jr, R J 05077 = CIT | P1 Emergency (P05077) | 17:21:37 | 17:21:41 | | | 02:55:40 |
| 280C | Bush, Pauline M. 86056 | P1 Emergency (P86056) | 18:06:52 | 18:10:13 | | | 03:04:41 |
| 281C | Wheeling, C A 05159 = CIT | P1 Emergency (P05159) | 17:12:10 | | | | 02:39:57 |
| 282C | Smith, Cheryl 00035 = CIT | P1 Emergency (P00035) | 17:12:06 | 17:14:45 | | | 06:33:11 |
| 283C | Jones, J L 06072 = CIT | P1 Emergency (P06072) | 17:04:20 | 17:07:34 | | | 03:04:27 |
| 284C | Coleman, P 04119 = CIT | P1 Emergency (P04119) | 17:04:21 | 17:12:00 | | | 06:31:35 |
| 400C | Marshall, M 86020 | P1 Emergency (P86020) | 17:49:30 | | | | 18:09:20 |
| 661C | Lane, B N 06128 = CIT | P1 Emergency (P06128) | 17:16:58 | | | | 17:17:58 |
| 663C | | P1 Emergency | 17:16:59 | | | | 17:17:58 |

Date: 8/9/2011   Time: 18:42:18   Operator: JPH   Program: EditMgr.exe   Incident Number: DPD-11-0316430

002654

CONFIDENTIAL
CONFIDENTIAL
002655

08-09-2011 06:09:10 p.m. 4/14

# Police Agency Incident Report

| Unit | Officer | Status | Time 1 | Time 2 | Incident Number |
|---|---|---|---|---|---|
| 675C | Laber, R. F. 04066 = CIT | P1 Emergency (P04066) | 17:16:59 | | 17:17:58 |
| | Schluck, A 04040 = CIT | P1 Emergency (P04040) | | | |
| 839C | Brookshire, D. 82002 | P1 Emergency (P82002) | 17:30:29 | 17:30:31 | 07:21:43 D Dispatcher Cancellation |
| BK21 | Carigan, J J 04082 = CIT | P1 Emergency (P04082) | 17:28:37 | 17:57:03 | 21:40:31 |
| | Joko, D K 05073 = CIT | P1 Emergency (P05073) | | | |
| CMD2 | | P1 Emergency | 17:40:42 | 18:10:17 | 03:02:55 |
| CMD2B | Kyle, C 96027 = GR | P1 Emergency (P96027) | 18:09:16 | | 07:21:43 D Dispatcher Cancellation |
| TAC10 | Martinez, Marco 95086 | P1 Emergency (P95086) | 17:35:20 | 17:57:46 | 07:21:43 D Dispatcher Cancellation |
| TAC2 | Fountain, M 91036 = CIT | P1 Emergency (P91036) | 17:42:24 | 18:14:20 | 07:21:43 D Dispatcher Cancellation |
| TAC22 | Bowser, D 00075 = CIT | P1 Emergency (P00075) | 18:08:14 | | 07:21:43 D Dispatcher Cancellation |
| TAC32 | Curtis, J 95093 | P1 Emergency (P95093) | 17:22:32 | | 07:21:43 D Dispatcher Cancellation |
| TAC46 | Bowser, D 00075 = CIT | P1 Emergency (P00075) | 17:35:08 | | |
| | Bechtold, A 01026 | P1 Emergency (P01026) | | | |
| TAC5 | Shell, A 95011 = CIT | P1 Emergency (P95011) | 18:22:51 | 18:22:57 | 00:47:07 |

Date: 8/9/2011  Time: 18:42:18  Operator: JPH  Program: EditMgr.exe  Incident Number: DPD-11-0316430

CONFIDENTIAL
CONFIDENTIAL
CONFIDENTIAL

CONFIDENTIAL CONFIDENTIAL

# Police Agency Incident Report

| | | | | | | |
|---|---|---|---|---|---|---|
| U76 | Estrada, L 96050 (P96050) | P1 Emergency | 18:31:12 | 20:36:47 | 07:21:43 | D Dispatcher Cancellation |
| VA24 | | P1 Emergency | 19:29:00 | | 21:08:07 | |
| VA3 | | P1 Emergency | 19:29:01 | | 21:08:07 | |
| Y1 | | P1 Emergency | 18:30:54 | | 07:21:43 | D Dispatcher Cancellation |
| Y30 | Silvas, R 77022 =SP, CIT (P77022) | P1 Emergency | 18:19:48 | | 07:21:43 | D Dispatcher Cancellation |

**Transport Destination Information...**

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 153C | DPD Denver Police Headquarters | 1331 N Cherokee St,,,Denver,CO<br>Police Routine | 0.00 | 07/18/2011 18:55:52<br>Departmental Policy | 07/18/2011 19:08:13 | 07/18/2011 21:23:01 |
| 155C | DPD Denver Police Headquarters | 1331 N Cherokee St,,,Denver,CO<br>Police Routine | 0.00 | 07/18/2011 18:58:58<br>Departmental Policy | 07/18/2011 19:08:19 | 07/18/2011 21:22:56 |
| 172C | DPD Denver Police Headquarters | 1331 N Cherokee St,,,Denver,CO<br>Police Routine | 0.00 | 07/18/2011 18:40:20<br>Departmental Policy | 07/18/2011 20:11:38 | 07/18/2011 21:24:52 |
| 174C | | 2300 N Steele St,,,Denver,CO<br>Police Routine | 0.00 | 07/18/2011 20:38:50<br>Departmental Policy | 07/18/2011 20:49:33 | |
| 174C | | 2300 N Steele St,,,Denver,CO<br>Police Routine | 0.00 | 07/18/2011 21:40:05<br>Departmental Policy | 07/18/2011 21:52:41 | |
| 174C | DPD Denver Police Headquarters | 1331 N Cherokee St,,,Denver,CO<br>Police Routine | 0.00 | 07/18/2011 19:03:48<br>Departmental Policy | 07/18/2011 19:14:21 | 07/18/2011 20:38:50 |

CONFIDENTIAL 002656

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

# Police Agency Incident Report

| Code | Location | | Date/Time | Reason | End Date/Time |
|---|---|---|---|---|---|
| 240C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 18:30:38 | Departmental Policy | 07/18/2011 20:51:04 |
| 243C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 18:24:48 | Departmental Policy | 07/18/2011 19:56:30 |
| 264C | 9100 Stuart St., Westminster, CO | Police Routine | 07/18/2011 20:59:45 | Departmental Policy | 07/18/2011 21:19:11 |
| 264C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 18:08:01 | Departmental Policy | 07/18/2011 20:59:45 |
| 271C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 18:24:30 | Departmental Policy | 07/18/2011 19:40:06 |
| 272C | 9100 Stuart St., Westminster, CO | Police Routine | 07/18/2011 21:00:45 | Departmental Policy | 07/18/2011 23:27:11 |
| 272C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 17:59:02 | Departmental Policy | 07/18/2011 21:00:45 |
| 273C | 2508 E 145th Ave., Thornton, CO | Police Routine | 07/18/2011 21:02:46 | Departmental Policy | 07/18/2011 22:51:23 |
| 273C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 18:01:31 | Departmental Policy | 07/18/2011 21:02:46 |
| 274C | 2300 N Steele St., Denver, CO | Police Routine | 07/18/2011 22:34:59 | Departmental Policy | 07/18/2011 22:51:33 |
| 274C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 20:21:06 | Departmental Policy | 07/18/2011 22:34:59 |
| 280C | DPD Denver Police 1331 N Cherokee St., Denver, CO Headquarters | Police Routine | 07/18/2011 18:24:55 | Departmental Policy | 07/19/2011 03:04:41 |

Date: 8/9/2011    Time: 18:42:18    Operator: JPH    Program: EditMgr.exe    Incident Number: DPD-11-0316430    Page: 6

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL
002658

08-09-2011 06:09:44 p.m. 7/14

# Police Agency Incident Report

| Unit | Location | | | |
|---|---|---|---|---|
| 830C | DPD Denver Police Headquarters | 1331 N Cherokee St., Denver, CO | Police Routine | 0.00 07/18/2011 18:00:29 Departmental Policy 07/18/2011 19:56:20 |
| BK21 | DPD Denver Police Headquarters | 1331 N Cherokee St., Denver, CO | Police Routine | 0.00 07/18/2011 18:12:55 Departmental Policy 07/18/2011 19:56:23 07/18/2011 21:40:31 |
| TAC10 | DPD Denver Police Headquarters | 1331 N Cherokee St., Denver, CO | Police Routine | 07/18/2011 17:57:51 Departmental Policy 07/18/2011 19:56:16 |
| TAC2 | DPD Denver Police Headquarters | 1331 N Cherokee St., Denver, CO | Police Routine | 07/18/2011 18:30:28 Departmental Policy 07/18/2011 19:56:14 |
| TAC5 | DPD Denver Police Headquarters | 1331 N Cherokee St., Denver, CO | Police Routine | 0.00 07/18/2011 18:23:03 Departmental Policy 07/18/2011 19:56:11 07/19/2011 00:47:07 |

**Special Equipment...**

**Changed Address...**

**Priority Changed.**

**Changed Transport Destination...**

**Transport Priority Changed...**

**Comments...**

07/18/2011 17:02:19 SYS Response WPH2 Cell Tower Address: 2590 York St - SE sector[Shared]

Date: 8/9/2011  Time: 18:42:18  Operator: JPH  Program: EditMer.exe  Incident Number: DPD-11-0316430  Page: 7

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL    002659

# Police Agency Incident Report

| Date | Time | | |
|---|---|---|---|
| 07/18/2011 | 17:03:18 | LRC | Response | 102—BM & FEM THR GIRLFRIEND—[Shared] |
| 07/18/2011 | 17:03:24 | LRC | Response | Multi-Agency 911Ops Incident #: 911-11-0194945 |
| 07/18/2011 | 17:03:34 | LRC | Response | [Page] 102—SECURITY CALLING SOUNDS LIKE FIT [Shared] |
| 07/18/2011 | 17:04:06 | LRC | Response | 102—B-M-WAS COMING UP ON SEC GUARD [Shared] |
| 07/18/2011 | 17:04:53 | LRC | Response | 102—BM—BLK MUSCLE BLU JEANS SHORT—WITH ASIAN FEM [Shared] |
| 07/18/2011 | 17:05:14 | LRC | Response | 102—AGE 30'S—504 NED BUILD— [Shared] |
| 07/18/2011 | 17:05:37 | LRC | Response | 102—BOTH WALKING BY THE PACHYDERM AREA ACRS FROM ELEPHANT AREA-- [Shared] |
| 07/18/2011 | 17:06:08 | LRC | Response | 102—SECURITY ANDRE— [Shared] |
| 07/18/2011 | 17:06:20 | LRC | Response | 102—B-M-NOW TRYING TO FIT OTHER PPL IN AREA-- [Shared] |
| 07/18/2011 | 17:06:32 | LRC | Response | 102—SEC GUARD REF EMS-REQ OFCR ASAP- [Shared] |
| 07/18/2011 | 17:06:57 | LRC | Response | 102—Call Taking Complete [Shared] |
| 07/18/2011 | 17:07:03 | LRC | Response | [911Ops] has closed their incident [911-11-0194945] |
| 07/18/2011 | 17:13:35 | EPC | Response | STEPPED UP TO C10 |
| 07/18/2011 | 17:13:51 | EPC | Response | MOVING TOWARDS THE FRONT GATE HOLDING THE AIR |
| 07/18/2011 | 17:15:53 | EPC | Response | 200C STILL FIGHTING WITH PARTY |
| 07/18/2011 | 17:16:55 | EPC | Response | Multi-Agency EMS Incident #: 201107-049731 |
| 07/18/2011 | 17:16:58 | EPC | Response | C10 WITH POLICE |
| 07/18/2011 | 17:17:49 | EPC | Response | [Page] EMS DRIVE INSIDE LOCATION [Shared] |
| 07/18/2011 | 17:18:18 | EPC | Response | 200C CANCEL DIST 6 [Shared] |
| 07/18/2011 | 17:18:33 | EPC | Response | 200C SLOW TO C9 START SGT [Shared] |
| 07/18/2011 | 17:19:51 | EPC | Response | [Page] EMS GO TO GATE 1 ZOO PERSONEL WILL ESCORT THEM BACK [Shared] |
| 07/18/2011 | 17:20:35 | EPC | Response | [Page] 200C MALE IS POSS ON DRUGS [Shared] |
| 07/18/2011 | 17:23:58 | EPC | Response | 200C ADVISE CMD 2 TO RESPOND MALE NOT BREATHING [Shared] |
| 07/18/2011 | 17:24:04 | EPC | Response | [Page] MALE NOT BREATHING [Shared] |
| 07/18/2011 | 17:24:39 | EPC | Response | [Page] 200C MAKE NOTIFICATIONS NEXTEL 1578 [Shared] |
| 07/18/2011 | 17:26:46 | EPC | Response | RR SUP ADVISED [Shared] |
| 07/18/2011 | 17:27:04 | EPC | Response | 200C 2ND AMBULANCE 2 OFFICERS INJURED [Shared] |
| 07/18/2011 | 17:27:55 | EPC | Response | [Page] ANOTHER AMBULANCE NEEDED C9 FOR 2 INJURED OFFICERS [Shared] |
| 07/18/2011 | 17:28:21 | EPC | Response | [Page] 200C COME TO GATE 7 OFF OF 23RD AVE [Shared] |
| 07/18/2011 | 17:29:05 | EPC | Response | 200C RELEASE THE AIR [Shared] |
| 07/18/2011 | 17:30:49 | DH | Response | Backed up 830C with 272C,273C [Shared] |
| 07/18/2011 | 17:33:29 | DH | Response | amb 16 responding code 9 until further notice per ems38 and pd disp req [Shared] |
| 07/18/2011 | 17:33:43 | MFF | Response | amb 16 responding code 9 until further notice per ems38 and pd disp req [Shared] |
| 07/18/2011 | 17:34:07 | EPC | Response | CMDR JONES IS TAKING INC. CMD OF THIS NOW. [Shared] |
| 07/18/2011 | 17:35:34 | EPC | Response | 200C REQ ANOTHER LT TO RESPOND 200C IS INVOLVED [Shared] |
| 07/18/2011 | 17:36:22 | DH | Response | TAC22 RIDING IN AMB TO HOSPITAL [Shared] |
| 07/18/2011 | 17:36:22 | DH | Response | 51 ,4 rider rider [Shared] |
| 07/18/2011 | 17:36:22 | DH | Response | 51 ,4 rider rider [Shared] |

Date: 8/9/2011    Time: 18:42:18    Operator: JPH    Program: EditMgr.exe    Incident Number: DPD-11-0316430

# Police Agency Incident Report

| Date | Time | Operator | | |
|---|---|---|---|---|
| 07/18/2011 | 17:39:33 | EPC | Response | 500C ADVISED OF CALL [Shared] |
| 07/18/2011 | 17:39:50 | EPC | Response | PER 200C 260C IS NOW THE INCIDENT COMMANDER [Shared] |
| 07/18/2011 | 17:41:54 | MFF | Response | CMD 2 ADV RR SUP THAT SHE IS TAKING COMMAND. [Shared] |
| 07/18/2011 | 17:42:03 | EPC | Response | 200C ADVISED [Shared] |
| 07/18/2011 | 17:44:23 | EPC | Response | 200C ADVISED 500C IS TIED UP NEEDS ANOTHER LT TO RESPOND [Shared] |
| 07/18/2011 | 17:45:39 | EPC | Response | 400C ADVISED [Shared] |
| 07/18/2011 | 17:48:20 | DH | Response | amb 16 responding code 9 for ems38 on a separate incident from the previous notes [Shared] |
| 07/18/2011 | 17:48:20 | DH | Response | amb 16 responding code 9 for ems38 on a separate incident from the previous notes [Shared] |
| 07/18/2011 | 17:49:31 | YRK | Response | Backed up 200C with 400C [Shared] |
| 07/18/2011 | 17:54:03 | AD | Response | E15 TO PSL TO PICK UP [Shared] |
| 07/18/2011 | 17:58:51 | EPC | Response | TAC10 TO HQ WITH 1 OFFICER [Shared] |
| 07/18/2011 | 17:59:02 | EPC | Response | A9209 /SM 46089 [Shared] |
| 07/18/2011 | 18:00:08 | SLR | Response | PPA ADV AND CONTACTING CMD2 [Shared] |
| 07/18/2011 | 18:00:29 | EPC | Response | , WITH 284C [Shared] |
| 07/18/2011 | 18:07:02 | INT | Response | [Fire] has closed their incident [] |
| 07/18/2011 | 18:08:01 | EPC | Response | A7325 /SM 95780.9 [Shared] |
| 07/18/2011 | 18:12:40 | EPC | Response | Secondary Location for TAC22: 1719 E 19TH AVE, 1719 E 19TH AVE,Denver, CO 80218. [Shared] |
| 07/18/2011 | 18:12:55 | EPC | Response | , [Shared] |
| 07/18/2011 | 18:13:35 | EPC | Response | MSP PD PER CMD2B STILL NEEDS 4 ADDL CARS FOR TRANSPORTS [Shared] |
| 07/18/2011 | 18:15:17 | EPC | Response | BK21 CARRIGAN A8455 Starting Mileage 66847 [Shared] |
| 07/18/2011 | 18:15:35 | EPC | Response | 272C Ending Mileage 46093 [Shared] |
| 07/18/2011 | 18:21:47 | EPC | Response | 264C Ending Mileage 95784.3 [Shared] |
| 07/18/2011 | 18:24:22 | SLR | Response | RELATED TO DPD-11-0316430 DPD-11-0316430 [Shared] |
| 07/18/2011 | 18:25:36 | MK | Response | [EMS] has closed their incident [201107-049731] |
| 07/18/2011 | 18:30:17 | EPC | Response | BK21 CARRIGAN C6 Ending Mileage 66851 |
| 07/18/2011 | 18:34:03 | EPC | Response | TAC22 PARTY WAS PRONOUNCED AT 1808 HOURS |
| 07/18/2011 | 18:34:18 | EPC | Response | RR SUP ADVISED |
| 07/18/2011 | 18:40:20 | BMK | Response | ,. 172C TAKING 1 TO HQ |
| 07/18/2011 | 18:41:18 | SLR | Response | HAVE U76 CALL 303-436-3312 |
| 07/18/2011 | 18:55:52 | BMK | Response | ,.153C HQ W/F A5331 B/43979 |
| 07/18/2011 | 18:58:58 | LAR | Response | ,.155C HQ W/1 |
| 07/18/2011 | 19:03:48 | LAR | Response | .174C HQ W/F A7469 B/93604 |
| 07/18/2011 | 19:08:13 | LAR | Response | 153C E/43983 |
| 07/18/2011 | 19:14:22 | LAR | Response | 174C E/93407.3 |
| 07/18/2011 | 19:29:05 | EPC | Response | Secondary Location for VA24: DPD Denver Police Headquarters, 1331 N CHEROKEE ST,Denver, CO 80204. [2nd Address: 1331 N CHEROKEE ST] [High] [AED] *** AED *** B-1 and B-2 Parking Elevator Lobby / Headquarters 1st and 2nd Floor Elevator Lobby |
| 07/18/2011 | 19:29:06 | Automatic by System | Response | Secondary Location for VA3: DPD Denver Police Headquarters, 1331 N CHEROKEE ST,Denver, CO 80204. |
| 07/18/2011 | 19:37:30 | EPC | Response | Secondary Location for CMD2: DPD Denver Police Headquarters, 1331 N CHEROKEE ST,Denver, CO 80204. |

Date: 8/9/2011  Time: 18:42:18  Operator: JPH  Program: EditMgr.exe  Incident Number:: DPD-11-0316430  Page: 9

CONFIDENTIAL     CONFIDENTIAL     CONFIDENTIAL     002661

06:10:29 p.m.     08-09-2011     10/14

# Police Agency Incident Report

| Date/Time | User | Type | Description |
|---|---|---|---|
| 07/18/2011 19:38:46 | EPC | Response | [Page] CMD2 REQ EMS C9 FOR SCRAPES ON AN OFFICER AT HQ [Shared] |
| 07/18/2011 19:39:12 | EPC | Response | Multi-Agency EMS Incident #: 201107-049775 |
| 07/18/2011 19:39:15 | EPC | Response | NEW LOCATION HQ |
| 07/18/2011 19:42:58 | EPC | Response | [Page] ROOM 306 3RD FLOOR [Shared] |
| 07/18/2011 20:11:43 | EPC | Response | Secondary Location for 260C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. [Shared] |
| 07/18/2011 20:22:51 | LDR | Response | 261C  A8429    B 76490 [Shared] |
| 07/18/2011 20:38:50 | LAR | Response | ..174C W/N&F 2300 STEELE A7469 B/93407.4 [Shared] |
| 07/18/2011 20:49:33 | LAR | Response | 174C E/93410.6 [Shared] |
| 07/18/2011 20:49:59 | EPC | Response | Secondary Location for 261C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. [Shared] |
| 07/18/2011 20:50:39 | EPC | Response | 261C Ending Mileage 76503 [Shared] |
| 07/18/2011 20:52:14 | SE | Response | [EMS] has closed their incident [201107-049775] |
| 07/18/2011 20:59:24 | LAR | Response | Secondary Location for 174C: DPD Denver Police Headquarters, 1331 N CHEROKEE ST,Denver, CO 80204 |
| 07/18/2011 20:59:24 | Automatic by System | Response | [2nd Address: 1331 N CHEROKEE ST] [High] [AED] *** AED *** B-1 and B-2 Parking Elevator Lobby / Headquarters 1st and 2nd Floor Elevator Lobby |
| 07/18/2011 20:59:45 | EPC | Response | ..A7325 /SM 95764.5 |
| 07/18/2011 21:00:45 | EPC | Response | A9209 /SM 46094 |
| 07/18/2011 21:19:12 | THW | Response | 264C  EM 95798.2 |
| 07/18/2011 21:19:27 | THW | Response | 272C  EM 46107 |
| 07/18/2011 21:40:05 | LAR | Response | ...174C W/F 2300 STEELE A7469 B/93414.3 |
| 07/18/2011 21:52:42 | LAR | Response | 174C  E/93417.6 |
| 07/18/2011 22:05:15 | EPC | Response | Secondary Location for 273C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. [Shared] |
| 07/18/2011 22:20:16 | EPC | Response | Secondary Location for 261C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. |
| 07/18/2011 22:22:08 | EPC | Response | Secondary Location for 262C: DPD Denver Police Headquarters, 1331 N CHEROKEE ST,Denver, CO 80204. |
| 07/18/2011 22:22:11 | Automatic by System | Response | [2nd Address: 1331 N CHEROKEE ST] [High] [AED] *** AED *** B-1 and B-2 Parking Elevator Lobby / Headquarters 1st and 2nd Floor Elevator Lobby W/2 |
| 07/18/2011 22:34:59 | EPC | Response | Secondary Location for 274C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. |
| 07/18/2011 22:51:39 | EPC | Response | Secondary Location for 240C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. |
| 07/19/2011 01:13:17 | CSA | Response | Secondary Location for 243C: DISTRICT 2, 3921 N HOLLY ST,Denver, CO 80216. [Shared] |
| 07/19/2011 02:08:48 | CSA | Response | Primary vehicle changed to 200C |
| 07/19/2011 06:09:33 | JFB | Response | |

**Response Alarms...**

**User Time Stamps...**

Tow Notified (Extreme)

Date: 8/9/2011    Time: 18:42:18    Operator: JPH    Program: EditMgr.exe    Incident Number: DPD-11-0316430

20:50:37    LDR

Page: 10

# Police Agency Incident Report

08-09-2011 06:10:46 p.m. 11/14

Audit...

User Data...

Dispositions...

| | | |
|---|---|---|
| Back Up / Cover Car | 07/18/2011 18:09:20 | Clark, Edward P. = CIT |
| Quit | 07/18/2011 19:40:06 | Clark, Edward P. = CIT |
| Quit | 07/18/2011 21:08:07 | Wagner, Thomas H = CIT |
| Quit | 07/18/2011 21:22:56 | Wagner, Thomas H = CIT |
| Back Up / Cover Car | 07/18/2011 21:23:01 | Rock, Laura A = CIT |
| Back Up / Cover Car | 07/18/2011 21:24:52 | Rock, Laura A = CIT |
| Back Up / Cover Car | 07/18/2011 21:46:16 | Clark, Edward P. = CIT |
| Quit | 07/19/2011 02:01:50 | Archuleta, Char S = CIT |
| Quit | 07/19/2011 03:04:27 | Archuleta, Char S = CIT |
| Quit | 07/19/2011 03:04:41 | Archuleta, Char S = CIT |
| Quit | 07/19/2011 07:21:43 | Briggs, Jacob F. = CIT |

Date: 8/9/2011  Time: 18:42:18  Operator: JPH  Program: EditMgr.exe  Incident Number: DPD-11-0316430

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL  
002662  
CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

**CONFIDENTIAL**    **CONFIDENTIAL**    **CONFIDENTIAL**

002663

06:11:00 p.m.    08-09-2011    12/14

# Police Agency Incident Report

| | |
|---|---|
| 153C | |
| 155C | |
| 172C | |
| 174C | |
| 200C | |
| 240C | |
| 243C | |
| 260C | |
| 261C | |
| 262C | |
| 263C | |
| 264C | |
| 271C | |
| 272C | |
| 273C | |
| 274C | |
| 280C | |
| 281C | |
| 282C | |

Date: 8/9/2011    Time: 18:42:18    Operator: JPH    Program: EditMgr.exe    Incident Number: DPD-11-0316430

Page: 12

# Police Agency Incident Report

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

06:11:08 p.m. 08-09-2011 13/14

002664

283C
284C
400C
661C
663C
675C
830C
BK21
CMD2
CMD2B
TAC10
TAC2
TAC22
TAC32
TAC46
TAC5
U76
VA24

Date: 8/9/2011   Time: 18:42:18   Operator: JPH   Program: EditMgr.exe   Incident Number: DPD-11-0316430

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL   002665

06:11:16 p.m.   08-09-2011   14/14

22

VA3
Y1
Y30

# Police Agency Incident Report

Date: 8/9/2011   Time: 18:42:18   Operator: JPH   Program: EditMgr.exe   Incident Number: DPD-11-0316430

Page: 14

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL