*Gail Waters vs.*

*City and County of Denver, et al.*

*Deposition of James Totten*

*July 16, 2013*



216 16th Street, Suite 1600
Denver, CO 80202
303-988-8470 (Office) 303-988-8478 (Fax)
www.SKReporting.com

Original File TottenJ071613

**Exhibit 5**

Case 1:12-cv-01856-MSK-NYW   Document 129-5   Filed 10/18/13   USDC Colorado   Page 2 of 8

Gail Waters vs.
City and County of Denver, et al.

Deposition of James Totten
July 16, 2013

Page 29

1  A   Security supervisor.
2  Q   The time between when you started on
3  January 5 to July 18, were you in the same position with
4  the zoo?
5  A   Yes.
6  Q   Do you remember what shift you were
7  working?
8  A   I just worked a full-day shift. There was
9  no night shift for us.
10 Q   Is it correct to say you worked hours of
11 operation?
12 A   8:00 to 5:00, something like that, normal
13 hours of operation.
14 Q   Okay. If you can, can you describe to me
15 July 18 and your day at the zoo, leading up to the
16 incident. So if you could, leading up to, but not
17 including the incident yet.
18 A   Pretty normal traffic day -- not too
19 heavy, not too light -- with the visitors. Didn't have
20 any kind of special promotions going on, so it was just a
21 pretty normal day, lots of moms and nannies out with
22 their kids, lots of strollers, lot of kids running wild,
23 hot. I do remember it was very hot that day.
24 Q   And on a day such as that, are you -- how
25 are you dressed? Are you in some type of uniform?

Page 30

1  A   Yes.
2  Q   Describe what your uniform is like.
3  A   Khaki pants or cargo-type pants, and a zoo
4  uniform shirt.
5  Q   And if you remember, what color was that
6  zoo uniform shirt?
7  A   Tan.
8  Q   Okay. Is that how you were dressed on
9  this date?
10 A   No. I had already left.
11 Q   So leading up to the incident, you were
12 dressed in your uniform?
13 A   Prior to leaving?
14 Q   Yes.
15 A   Yes.
16 Q   And then -- so your shift is over, you
17 said, normal business operations?
18 A   Yes.
19 Q   So if you recall, what time did you leave
20 the zoo that day?
21 A   I don't remember, honestly. It was at the
22 end of my shift. I don't remember if I was 8:00 to 4:30
23 or if I was 9:00 to 5:00. I don't remember. Sorry.
24 Q   During the shift on that day, July 18,
25 it's a normal day, nothing extraordinary sticks out,

Page 31

1  correct?
2  A   Correct.
3  Q   At some point in time, your day at the zoo
4  is over?
5  A   Yes.
6  Q   And you leave?
7  A   Yes.
8  Q   Can you tell me -- so let's focus now on
9  when you left and what happened after you left the zoo.
10 A   I left, went to meet with my brother, and
11 I think I was -- I think it was Colfax. I don't remember
12 the main streets down there very well. I got a phone
13 call from Andre Derritt, who was the senior security
14 officer. So he would have been the supervisor on duty at
15 that point.
16     He told me there was somebody that was at
17 the -- somebody was at the water fountain, he had some
18 issues with him, that he had been assaulted. And I said,
19 Just call 911, and I'll be right there. So I was a few
20 minutes away.
21 Q   So you left the zoo; you met with your
22 brother?
23 A   Yes.
24 Q   Do you remember where you met him?
25 A   It's a bookstore. I think the bookstore

Page 32

1  is closed. I don't remember the name of the bookstore.
2  Q   Do you recall what you did?
3  A   With my brother?
4  Q   Yes.
5  A   I unlocked his car.
6  Q   Okay. How long were you with your brother
7  before you got the call from --
8  A   30 seconds, 60 seconds, maybe.
9  Q   So had you been gone from the zoo long?
10 A   Matter of whatever time it takes to get
11 from the zoo to the bookstore, that's -- I think it's on
12 Colfax, but I don't remember.
13 Q   So just the commute minutes?
14 A   Minutes.
15 Q   Not long at all?
16 A   No.
17 Q   So you get a call from Mr. Derritt saying
18 he's having this issue with an individual. You instruct
19 Mr. Derritt at that time to call 911?
20 A   Yes.
21 Q   And what did you do next?
22 A   Turned around and hauled butt back to the
23 zoo.
24 Q   And when you got back to the zoo, where
25 did you park?

Case 1:12-cv-01856-MSK-NYW   Document 129-5   Filed 10/18/13   USDC Colorado   Page 3 of 8

Gail Waters vs.
City and County of Denver, et al.

Deposition of James Totten
July 16, 2013

Page 41

1  Q  Okay. So after you approached the three
2  of them, again, tell me what you do.
3  A  You do understand, as police officers that
4  we are taught to figure out who suspects are. And that's
5  what I'm talking about is where he was at. What I was
6  told, this is the one that caused the trouble. So there
7  was nobody else around other than the two females that
8  were standing next to him, so he was the subject we were
9  going to have to deal with.
10  Q  I understand. I was just trying to
11  understand from your comments what other than the
12  previous information --
13  A  There wasn't really anything else other
14  than that.
15  Q  Okay. As you approached the three of
16  them, would you mind again telling me what you did at
17  that time?
18  A  I asked him if he needed help, told him
19  who I was. I'm the zoo security supervisor, my name is
20  Jim. What can I do to help you? Do you need an
21  ambulance?
22  Q  I believe you mentioned that you said or
23  you asked the zoo employee to step away?
24  A  Yes.
25  Q  Do you remember what you -- I'm sorry.

Page 42

1  Let me rephrase that horrible question.
2  Did you ask the zoo employee to step away
3  before you introduced yourself to Mr. Ashley or do you
4  remember that sequence of events?
5  A  I spoke with her first.
6  Q  Okay.
7  A  I told her we've got it from here, you can
8  go ahead and do whatever it was you need to do, trying to
9  give her the hint. I don't think she -- the impression I
10  had, I don't think she knew that he had already conducted
11  an assault on another zoo employee.
12  Q  What led you to that assumption?
13  A  Because if anybody had known what he had
14  done prior to that, they wouldn't have been standing up
15  next to him asking if he needed -- especially her,
16  somebody that had no -- she was admin. She had no
17  business being involved in a security issue at that
18  point.
19  Q  But she was able to carry on a
20  conversation with him?
21  A  I don't know if she was able to carry on a
22  conversation. Like I said, I don't know what was said.
23  She was -- had good intentions doing what she was doing.
24  Q  Okay. So now you've approached the
25  situation. You asked the female zoo employee to -- where

Page 43

1  you've given her the hint, as you said, the --
2  A  Politely.
3  Q  -- politely step aside?
4  A  Yes.
5  Q  At that point in time, is that when you
6  introduced yourself to Mr. Ashley telling him who you
7  are?
8  A  I did.
9  Q  And what was his response to your initial
10  comments?
11  A  He jumped up violently, wanted to fight,
12  bounced around in a boxer stance, bladed out, his hands
13  doubled up.
14  Q  I saw that in your report, that phrase
15  "bladed out." What do you mean?
16  A  Boxer stance. If you're right-handed,
17  left foot forward, right foot behind.
18  Q  And do you have experience in boxing?
19  A  A little.
20  Q  What is your experience?
21  A  I was a professional fighter for a while.
22  Q  With all the MMAs, was it boxing or was it
23  MMA?
24  A  Boxing.
25  Q  How long did you do that?

Page 44

1  A  Three years.
2  Q  Let's go back to the zoo. Mr. Ashley, you
3  said, bladed out into this stance. Did he take a swing
4  at you?
5  A  No.
6  Q  At that point, how far were you from
7  Mr. Ashley?
8  A  10, 12 feet, maybe.
9  Q  Did he rush at you? Did he charge you?
10  A  No. He just bounced around.
11  Q  Okay.
12  A  I kept talking to him, told him we're here
13  to help, nobody is here to hurt you; do you need an
14  ambulance? What's going on today? Just general
15  conversation, trying to keep him focused on me.
16  Q  Okay. Were you able to do that?
17  A  He was focused on me until he wasn't with
18  the officer.
19  Q  So tell me that. You said he was focused
20  on you until he wasn't. Was there something that drew
21  his attention away from you?
22  A  Police officer arrived. I don't remember
23  the officer's name. I just know he arrived.
24  Q  How long were you talking to him before
25  the officer arrived?

Case 1:12-cv-01856-MSK-NYW   Document 129-5   Filed 10/18/13   USDC Colorado   Page 4 of 8

Gail Waters vs.
City and County of Denver, et al.

Deposition of James Totten
July 16, 2013

Page 45

1    A    Maybe a few seconds, 30 seconds, maybe. I
2  don't know. I'm speculating.
3    Q    Fairly short time?
4    A    Yeah, very short.
5    Q    And when you're talking to him and you say
6  he's kind of bouncing around, is he, I guess, walking --
7  is he moving, is he changing his location or --
8    A    Within 10 feet. He stayed contained
9  within about 10 feet, 12 feet, maybe.
10   Q    It wasn't as if he was leaving the area?
11   A    No.
12   Q    Okay. What did you notice when the
13 officer arrived?
14   A    He focused on the officer. I kind of
15 stepped back out of the way, and the officer had done the
16 same thing. I'm Officer -- I'm with the Denver Police
17 Department; what can I do for you? Do you need an
18 ambulance? Same line of questions, contact, I had.
19   Q    And was this officer alone or did they
20 have other officers with them?
21   A    He was alone.
22   Q    You said he was male?
23   A    Yes.
24   Q    You said you stepped back. Can you give
25 me a distance? How far did you remove yourself?

Page 46

1    A    Just a couple of feet.
2    Q    And based on your observation, how far was
3  the officer from Mr. Ashley?
4    A    About the same distance I was.
5    Q    About 10 to 12 feet?
6    A    Maybe.
7    Q    Okay. And at that point in time, did the
8  officer give Mr. Ashley any commands that you heard?
9    A    Asked him to sit down.
10   Q    Okay. At any time, did the officer draw
11 his Taser?
12   A    Ashley had been bouncing around making
13 threats. I'm trying to remember if it was at the time --
14 he already told somebody he was King Kong, he was a lion,
15 he was going to eat somebody. Pretty erratic. So when
16 the officer saw his behavior, he drew his Taser and said,
17 Sit down, you need to sit down right now. And Ashley sat
18 down.
19   Q    So let me take you back. You said
20 Mr. Ashley was threatening people he was King Kong, he
21 was a lion?
22   A    He wasn't threatening people. He said he
23 was King Kong and he was a lion and he was going to eat
24 somebody.
25   Q    Did you believe him that he was King

Page 47

1  Kong --
2    A    No.
3    Q    -- or that he was going to eat somebody?
4    A    No.
5    Q    And so it was after these erratic
6  statements by Mr. Ashley that the officer drew the Taser;
7  is that correct?
8    A    I can't remember the line of the
9  statements, but I know he had heard some threats at that
10 point. And I had already heard I'm a lion and I'm going
11 to eat you and I'm King Kong part of it.
12   Q    And if I could stop you. Is that what you
13 mean by threats, those comments?
14   A    And that he was going to -- something
15 along the lines -- I don't remember the exact quote, but
16 he was going to kick my ass.
17   Q    And that comment was directed at you,
18 specifically?
19   A    Yes. At one point, when he started --
20 when the officer approached, he started to step --
21 started to aggress on the officer. That's when the
22 officer -- he was making his verbal comments, the officer
23 drew his Taser, You need to sit down, sit down now.
24 Ashley sat down.
25   Q    So that I understand you, you said

Page 48

1  initially the officer was 10 to 12 feet away, about?
2    A    Yeah.
3    Q    Mr. Ashley aggressed, so I take that to
4  mean he took a few steps or closed the distance?
5    A    He got within, I don't know, maybe 8 feet,
6  6 feet.
7    Q    Okay. So at that point in time, the
8  officer drew the Taser and told Mr. Ashley to sit down?
9    A    Yes.
10   Q    At that point in time, I believe you said
11 Mr. Ashley stopped?
12   A    He did.
13   Q    He did sit down?
14   A    He did.
15   Q    Could you tell in any way whether or not
16 the officer had actually aimed his Taser at Mr. Ashley?
17   A    Red dot, center mass.
18   Q    And that red dot, is it your training
19 that's the aiming device --
20   A    It is.
21   Q    -- on the Taser. Okay. Mr. Ashley
22 initially complied with that order?
23   A    Yes.
24   Q    At that point in time, what was the
25 distance -- I know you said it was 8 feet. Did the

Case 1:12-cv-01856-MSK-NYW   Document 129-5   Filed 10/18/13   USDC Colorado   Page 5 of 8

Gail Waters vs.
City and County of Denver, et al.

Deposition of James Totten
July 16, 2013

Page 49

1  distance change at all?
2      A   Actually, I think he backed up a couple of
3  feet and then sat down, just in the motion of sitting
4  down.
5      Q   So just by sitting down, you say, he,
6  Mr. Ashley, backed up a few feet?
7      A   Right.
8      Q   And he sat down?
9      A   Correct.
10     Q   At some point did he stay seated?
11     A   Until he decided to not stay seated and
12 become combative again.
13     Q   During the time that he's seated on the
14 ground, did the officer give any commands?
15     A   He told him to stay there. Again, he
16 asked him what was going on, what's the problem. Ashley
17 kept being verbally noncompliant with him at that point,
18 wouldn't answer his questions.
19     Q   Okay. So by being -- what did he
20 specifically do to be verbally noncompliant?
21     A   At some point, I don't remember exactly
22 what it was that keyed Ashley off, but he jumped back up
23 and got to his feet, decided he was going to leave the
24 area.
25     Q   So let's stay at the time when he's still

Page 50

1  seated on the ground.
2      A   Okay.
3      Q   Do you remember any specific threats that
4  Mr. Ashley made?
5      A   I don't remember what they were. I just
6  remember that he was jawing back and forth. I don't
7  remember what they were.
8      Q   Okay. But you don't have any specific
9  memory of a --
10     A   I just remember they were threats. That's
11 all I remember at this point.
12     Q   Okay. Threats along the lines of that
13 he's King Kong or a lion?
14     A   More like threats, I'm going to kick your
15 ass, and, I'll beat your mother-fucking ass, stuff like
16 that, which was chatter that I remember he was doing the
17 whole time while we were there present with him.
18     Q   And do you specifically remember those
19 comments while Mr. Ashley was seated on the ground?
20     A   I don't remember if those were the exact
21 comments, but they were in the same frame.
22     Q   At some point in time, I believe you said
23 Mr. Ashley stood up?
24     A   He did.
25     Q   And then where did he go? What did he do?

Page 51

1      A   He started moving north towards -- you
2  know where the nursery is, the old nursery is?
3      Q   No.
4      A   No? You need to get out there more often.
5          He started moving towards the nursery.
6  There's another large gated area that's between where the
7  mountain goats, Rocky Mountain Big Horn Sheep are. He
8  moved north towards that area and started heading towards
9  the general direction towards the main gate, kind of
10 where I came from.
11     Q   So when Mr. Ashley did this, where were
12 you?
13     A   I stayed with the officer. I was -- I
14 basically just acted as a backup at that point.
15     Q   So were you next to the officer?
16     A   A few feet, 10 feet, maybe.
17     Q   Behind the officer?
18     A   Depends on the time. There's a lot of
19 movement.
20     Q   When Mr. Ashley was walking towards the
21 general area of the exit --
22     A   Yes.
23     Q   -- were you in front of Mr. Ashley? Where
24 were you located with respect with Mr. Ashley?
25     A   I would have been south, probably almost

Page 52

1  directly south of Ashley.
2      Q   So that would be --
3      A   And I had turned -- it depends on where he
4  was standing. He was all over the place. There was no
5  specific form where he just decided he was going to walk
6  in one direction. He was bouncing around quite a bit.
7      Q   You kept a distance of -- how far would
8  you say?
9      A   Typically, I'd say most of the contact, I
10 was 10 feet away. I told my security officers to cordon
11 off the area, make sure no one got close, keep the moms
12 and kids away.
13     Q   As Mr. Ashley was walking in the general
14 direction of the entrance, where was the officer?
15     A   He was with him within a safe distance,
16 between -- depends on the time -- again, 6 to 10 feet.
17     Q   Okay. So is the officer closer to
18 Mr. Ashley than you or how --
19     A   He's closer.
20     Q   Okay. And you said the officer was, say,
21 a safe distance, and you estimate 6 to 10 feet away?
22     A   Correct.
23     Q   Earlier you testified that in your
24 training on the Taser that in order to use it in a
25 cartridge mode, you needed to be at least a couple feet

Case 1:12-cv-01856-MSK-NYW   Document 129-5   Filed 10/18/13   USDC Colorado   Page 6 of 8

Gail Waters vs.                                                    Deposition of James Totten
City and County of Denver, et al.                                            July 16, 2013

Page 53

1  away?
2      A   Yes.
3      Q   At this point, when you're walking with
4  Mr. Ashley towards the entrance, did you notice if the
5  officer had his Taser drawn?
6      A   I don't remember.
7      Q   After he initially had the Taser drawn,
8  did you notice that he reholstered his Taser?
9      A   That, I don't remember honestly.
10     Q   Okay. So as you're walking --
11     A   I do know I made a statement on it. I
12 just don't remember which way it was.
13     Q   And when you say you made a statement, are
14 you referring to a statement you made with regards to
15 this specific case?
16     A   The night it happened. I do remember
17 covering it. I just don't remember at this point.
18     Q   Is that the videotape statement that you
19 made?
20     A   Probably. I wrote a handwritten
21 statement, also.
22     Q   And is it fair to say that your
23 handwritten statement and perhaps also your video
24 statement is more accurate than your memory is today?
25     A   Yeah. I've done the best I can to forget

Page 54

1  this situation.
2      Q   So you're walking towards the entrance.
3  And tell me what happens as you're walking towards the
4  entrance with Mr. Ashley -- actually, before -- let me
5  ask you a question. As you're walking towards the
6  entrance, was Mr. Ashley -- did he have anything in his
7  hands?
8      A   No.
9      Q   Was he making specific threats to you as
10 he's walking towards the entrance, the exit?
11     A   He was dealing strictly with the officer
12 at that point.
13     Q   Okay. Was he making specific threats to
14 the officer as he's walking away?
15     A   He was, but I don't remember what the
16 words were.
17     Q   Okay. So now, again, as you're walking
18 towards the entrance, how far did Mr. Ashley get towards
19 the entrance?
20     A   From our initial contact to where he was,
21 maybe 50 yards.
22     Q   Okay. And as he progressed that 50 yards,
23 was there ever a time where someone was in front of him
24 to impede his progress?
25     A   The officer stayed pretty parallel to him.

Page 55

1  I wouldn't say he was in front of him, but he was pretty
2  much with him the whole time. He never got in front of
3  him to, say, cut him off.
4      Q   Did you ever do that?
5      A   No.
6      Q   And were you by yourself, as far as zoo
7  employees, or were the other zoo employees around?
8      A   I don't remember where my security
9  officers were. I wasn't really looking at them. I could
10 hear them behind me, but I don't know exactly where they
11 were located.
12     Q   Fair to say when you initially approached
13 Mr. Ashley -- I think you said Mr. Fluegel and Mr. Lawyer
14 were with you?
15     A   They were behind me.
16     Q   And when you say --
17     A   Flanked left/right. I knew one of them
18 was over my right; the other was over my left. That's
19 all I know.
20     Q   And you just said, as you're walking
21 towards -- you make this 50 yards progress, you could
22 hear them behind you?
23     A   Talking to -- they were talking to zoo
24 patrons. I remember that Aaron Lawyer was still there
25 and I remember Eric Fluegel was still there.

Page 56

1      Q   Okay. So you know that at least these two
2  zoo employees were in the general vicinity?
3      A   Correct.
4      Q   But fair to say you weren't focused on
5  them; you were focused on Mr. Ashley?
6      A   Not focused on them at all.
7      Q   So tell me, at some point in time, does
8  Mr. Ashley stop his progress towards the gate?
9      A   He does when he decides to attack the
10 officer.
11     Q   Okay. When you say decided to attack the
12 officer, at that time, what was the distance between the
13 officer and Mr. Ashley?
14     A   He was on top of the officer, so there was
15 no distance. It was physical combat, hand-to-hand
16 combat.
17     Q   So a minute ago, you said that the officer
18 had kept what you called a safe distance from Mr. Ashley?
19     A   Correct.
20     Q   And that he was paralleling Mr. Ashley.
21 So did the officer close the distance to Mr. Ashley?
22     A   Ashley closed the distance.
23     Q   So if you could describe that for us, how
24 did Mr. Ashley close the distance?
25     A   He lunged, charged at him.

**Page 57**

Q  Okay. So Mr. Ashley -- did he have to turn around or turn towards --

A  I don't know. You would have to be facing somebody to lunge and attack them, so he was facing him.

Q  Okay. And so he lunged at the officer. And tell me what you did next.

A  I saw the officer was -- I saw the officer was not doing so well against Ashley -- was physically losing the altercation, and then I stepped in and grabbed ahold of Ashley and took him to the ground.

Q  I guess I should have mentioned this earlier. If at any time you need a break, we certainly can take a break. The only thing I would ask, if I have asked a question, I would prefer -- I'd ask you to answer the question before we take a break.

A  Not a problem.

Q  So if you need a break, just let me know.

A  I'm fine.

Q  Okay. So you noticed that the officer was, in your words, losing the altercation with Mr. Ashley?

A  Correct.

Q  What do you mean by that?

A  The officer was physically not able to control Ashley and keep him off of him. There was some

**Page 58**

blows that were thrown. He had been hit. The officer was not recovering from the blows, and I stepped in.

Q  Did you see the officer deliver any blows?

A  I did not.

Q  During this initial confrontation with the officer, did the officer use any type of pepper spray?

A  No.

Q  Did he use any type of --

A  He had no chance.

Q  Okay. When you say "he had no chance," what do you mean by that?

A  Ashley had the physical upper hand on the officer, and all the officer was concerned about was not getting hit or ducking the next punch. We're talking about literally maybe a second or two at this point.

Q  So prior to that, the officer didn't take any steps to use pepper spray --

A  No.

Q  -- or deploy his Taser?

A  No.

Q  Okay. So now if I understand you correctly, Mr. -- are Mr. Ashley and the officer, are they still standing?

A  When I grabbed Ashley, they were still standing.

**Page 59**

Q  Okay. And at that point in time, is there only one officer present?

A  Still one.

Q  When you decide to intervene or join, tell me what happened then.

A  I grabbed Ashley from behind and spun and took him to the ground.

Q  Where was the officer?

A  I don't know, honestly. He was in the middle of it. I just don't --

Q  Did you, in effect, take both of them down?

A  No.

Q  Okay. So is my understanding that you and --

A  The next visible I had of the officer when I had Ashley on the ground -- the next visible was the officer was over my right shoulder.

Q  So when you are on the ground with Mr. Ashley, what position is Mr. Ashley in?

A  He went prone.

Q  So he's laying face down?

A  He was.

Q  You're on the path, the cement path?

A  The path next to a concrete curb in a set

**Page 60**

of bushes.

Q  But the ground that you're on is --

A  Asphalt.

Q  Okay. So Mr. Ashley is prone?

A  Yes.

Q  You see the officer over, I believe, your right shoulder?

A  He come around my right shoulder. That's the next visible memory I have of the officer.

Q  And did he rejoin the altercation?

A  I move to control Ashley's legs. I had no handcuffs on me at that point. So the best place for me was to be at his legs to keep him on the ground. The officer moved in to try to get a handcuff position, and Ashley still managed to turn around, even though I had his legs. He still managed to turn around and physically continue to try to assault the officer, throwing punches, grabbing at him.

The officer drew his Taser, he pulled the cartridge off, pitched it to the side, and he dry-stunned Ashley or tried to. I don't know if he ever did make an actual contact because I actually took the Taser from him.

Q  You mentioned you didn't have any handcuffs on you at the time. Did you normally carry

Gail Waters vs.
City and County of Denver, et al.

Deposition of James Totten
July 16, 2013

Page 65

1 you disengaged?
2  A  Feet, couple of feet.
3  Q  Okay. So you're still observing; you're
4 just not in physical --
5  A  I'm probably closer than I am to you right
6 now, so 2 feet, 3 feet.
7  Q  Okay. And then you said you reengaged
8 when Mr. Ashley, I think you said, grabbed the Taser or
9 was trying to grab the gun?
10  A  He had -- I saw -- in the middle of the
11 scuffle, I just saw where his arm was, and I followed it
12 right up to where he had ahold of the gun. So I pried
13 his hand loose from the gun.
14  Q  Okay. At one point in time, you said
15 there were lots of blue uniforms?
16  A  Yes. Four, maybe.
17  Q  Okay. And if you can, where were each of
18 those four officers on Mr. Ashley's body?
19  A  Depends on the time. It was a lot
20 of -- it was a fight. It was a lot of a fight going on.
21 And when I say "fight," it was fight on his part, defense
22 on their part, more trying to get control of him. He
23 would get up, and then they would get him right back
24 down.
25  Q  When you say he would get up, get up to

Page 66

1 his feet?
2  A  Got up to his knees at one point. And as
3 they were trying to get control of him when he got up to
4 his knees, I think it was when the female officer's
5 nunchucks broke. I think that's what gave him the
6 ability to kind of flex around because she wasn't
7 physically strong enough to lock up his legs with her
8 arms.
9  Q  When these four officers were engaged with
10 him, if you can, can you tell me what the four officers
11 were doing?
12  A  Trying to get control of his arms and
13 legs.
14  Q  Okay. So four officers, arms and legs, is
15 it -- do you mean that one officer had each arm, one
16 officer had each leg?
17  A  No. I mean, they were trying to get.
18 They just weren't getting it. A lot of sweat, difficult
19 to get ahold of him, very slippery-type situation.
20  Q  When Mr. Ashley, you said, got up to his
21 knees --
22  A  Yeah.
23  Q  -- do you recall -- what did you do when
24 he got up to his knees?
25  A  That's when the Taser had fell out

Page 67

1 somewhere on the ground. And when I went for the Taser,
2 Eric Fluegel grabbed the Taser, and then they went back
3 down, got him back down to the ground. That's when -- on
4 the way to the ground is when I saw that he had grabbed a
5 gun. He got his hand on it.
6  Q  And that's when you took control of his
7 right arm?
8  A  Right hand, yes.
9  Q  Okay. And --
10  A  I just broke his grip, not broke his hand,
11 broke his grip.
12  Q  Did Mr. Ashley -- was he put back in the
13 prone position?
14  A  He went back down to the prone position.
15  Q  At that point in time, is it still the
16 four officers and you?
17  A  I don't remember. It was at least the
18 four officers --
19  Q  Okay.
20  A  -- and then me. I don't know where my
21 security officers were at that point. They were still
22 nearby. Some of this stuff that I remember, it's from
23 seeing it on an aerial-view helicopter. There is some of
24 the actual physical contact, if I remember.
25  Q  Are you talking video footage?

Page 68

1  A  Yeah.
2  Q  Do you know who took that video footage?
3  A  I do not know.
4  Q  Do you remember where you saw it?
5  A  I've seen it on YouTube. I've seen it on
6 the news. That's the only places I've seen it.
7  Q  Okay. We've talked about, before, that
8 you've been trained in the use of a Taser?
9  A  Uh-huh, yes.
10  Q  So is it fair to say you're familiar with
11 the sound of a Taser?
12  A  I am.
13  Q  You've described once where the officer
14 used a Taser, and I believe in your video statement you
15 said the officer Tased Mr. Ashley in the chest?
16  A  Yes. I don't know if he made complete
17 contact because just -- I didn't see the reaction that
18 you would think you would see if someone would get that
19 kind of contact.
20  Q  During this incident, was that the only
21 time you heard the sound of a Taser?
22  A  I don't remember.
23  Q  You don't remember the --
24  A  I don't remember how many times I heard
25 the sound of a Taser. I just remember -- and, again,