IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01856-MSK-BNB

GAIL WATERS, as personal representative of the Estate of Alonzo Ashley,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
DENVER ZOOLOGICAL FOUNDATION, INC, a nonprofit corporation,
ERIC FLUEGEL, an employee of the Denver Zoological Foundation, in his individual capacity,
AARON LAWYER, an employee of the Denver Zoological Foundation, in his individual capacity,
JAMES TOTTEN, an employee of the Denver Zoological Foundation, in his individual capacity,
PHILIP COLEMAN, a Denver Police Department Officer, in his official and individual capacity,
PETE CONNER, a Denver Police Department Lieutenant, in his official and individual capacity,
JOE GASCA, a Denver Police Department Officer, in his official and individual capacity,
JUSTIN JONES, a Denver Police Department Officer, in his official and individual capacity,
JOHN DOE I - V, employees of the Denver Police Department, in official and individual capacities; and
JOHN DOE VI – X, employees of Denver Zoological Foundation, in official and individual capacities.

        Defendants.

## PLAINTIFF'S RESPONSE TO DENVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

EXHIBIT 14 – 911 Call Audio Recording Bates # 000922

(Conventionally Submitted)