CONFIDENTIAL     CONFIDENTIAL     CONFIDENTIAL



# City and County of Denver

**OFFICE OF THE MEDICAL EXAMINER**
660 Bannock Street, Denver, Colorado 80204
TEL: (303) 436-7711  FAX: (303) 436-7709

Amy Martin, M.D.
Chief Medical Examiner

James W. Wahe, M.D.
Assistant Medical Examiner

John D. Carver, M.D.
Assistant Medical Examiner

## AUTOPSY REPORT

**Name of decedent:** ALONZO ASHLEY          **ME#:** 2011-2174

**Date and time of death:** JULY 18, 2011; 1805 HOURS          **Age:** 29 YEARS

**Date and time of autopsy:** JULY 20, 2011; 0930 HOURS          **Sex:** MALE

DIAGNOSES:
I. Cardiorespiratory arrest following violent struggle and physical restraint
   a. Decedent restrained face down on ground, with shoulders pressed down, hands cuffed behind back, and legs crossed, flexed and pressed towards buttocks, after prolonged violent struggle
   b. Witness reports of preceding agitated and combative behavior, including assault of zoo employee
   c. Abrasions of face, forehead, extremities and back
   d. Contusions of right lower back and left sternocleidomastoid muscle
   e. Application of hand-held Taser in stun drive mode
      i. Five 5-second discharges per device interrogation
      ii. No visible indication on body of application site
      iii. Unclear whether all discharges were in contact with decedent's body
II. Possible heat stress
   a. High temperature at City Park = 96°F (approximately 6:00 p.m.)
   b. Witness reports of excessive perspiration, thirst, and prolonged attempts to "cool off" by decedent
   c. No measured body temperatures available

DENVER 000108

CONFIDENTIAL     CONFIDENTIAL

**CONFIDENTIAL**   **CONFIDENTIAL**   **CONFIDENTIAL**

AUTOPSY REPORT              -2-              ALONZO ASHLEY 2011-2174-20

III. Possible hypertension
    a. Remote (2008) clinical history of limited number of elevated blood pressure readings in setting of treatment of allergic reaction with diphenhydramine
        i. Hydrochlorothiazide prescribed; subsequent compliance and blood pressure readings unknown
IV. Recent marijuana use
    a. Blood delta-9 THC --- 2.0 ng/mL; blood delta-9 carboxy THC --- 29 ng/mL

TOXICOLOGY:
REFERENCE LABORATORY:  National Medical Services, Inc.
                               Willow Grove, PA
Blood synthetic cannabinoids panel, blood mephedrone and MDPV stimulants testing, and Expert postmortem blood and urine panels results:
Blood atropine ------------------------------------------------- Positive
Blood caffeine -------------------------------------------------- Positive
Blood Cotinine -------------------------------------------------- Positive
Blood nicotine -------------------------------------------------- Positive
Blood delta-9 THC ----------------------------------------------- 2.0 ng/ml
Blood delta-9 carboxy THC --------------------------------------- 29 ng/ml
Urine benzoylecgonine ------------------------------------------- 400 ng/ml
Urine cocaine/metabolites ---------------------- Presumptive positive
Urine cannabinoids ----------------------------- Presumptive positive

CHEMISTRY:
REFERENCE LABORATORY:  National Medical Services, Inc.
                               Willow Grove, PA
VITREOUS ELECTROLYTES
Sodium ---------------------------------------------------------- 140 mmol/L
Potassium ------------------------------------------------------- 19 mmol/L
Chloride -------------------------------------------------------- 120 mmol/L
Urea nitrogen --------------------------------------------------- 21 mg/dl
Glucose --------------------------------------------------------- None detected
Creatinine ------------------------------------------------------ 2.0 mg/dl

OPINION:
The cause of death is cardiorespiratory arrest following struggle and physical restraint. Restraint followed reported agitated and violent

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

AUTOPSY REPORT                -3-         ALONZO ASHLEY 2011-2174-20

behavior by the decedent, which included pursuit and assault of a zoo employee. Full autopsy revealed no anatomic cause of death. Minor blunt force injuries are attributed to the decedent's initial assault of the zoo guard, and subsequent struggle with police and zoo personnel. The decedent's agitation, combativeness and unexpected strength are consistent with descriptions of "excited delirium". Individuals exhibiting such behavior are (in the great majority of cases) under the influence of drugs (such as cocaine or methamphetamine) or suffer from a mental illness (such as schizophrenia or bipolar disorder), or both. Extensive toxicology testing was negative for all drugs except THC. The decedent had no known past psychiatric history. While unlikely, it is possible that his behavior was the initial manifestation of undiagnosed mental illness. Extreme environmental heat may also cause confusion, poor judgment and irrational behavior. Heat possibly contributed to the decedent's initial behavior, and to the physiologic stresses of the subsequent altercation with zoo personnel and police. While analysis of vitreous fluid electrolytes was normal, heat stress, exhaustion and stroke can occur quickly, before dehydration is reflected in the vitreous electrolyte levels.

The manner of death is best characterized as homicide. This determination is a <u>medical</u> judgment that the physiologic stresses involved in subduing and restraining the decedent (together with his own ongoing resistance) were contributory to his death. It is not meant to suggest intent to harm the decedent, use of excessive force, foreseeability of a lethal outcome, or legal culpability.

This opinion is amended to reflect confirmation of the presence of benzoylecgonine (a cocaine metabolite) in the urine. This indicates cocaine use probably greater than 24 hours (and up to several days) prior to death.

                                        John D. Carver, M.D. MD
                                                12/15/11

JDC:JM/GS  AD: 07/20/2011  AT: 07/21/2011  MD: 10/11/2011  MT: 10/11,17,21/2011

GS  Amended pages 2 and 3, 12/15/2011: Added urine benzoylecgonine to tox results and new final paragraph added to the OPINION. Original signature date October 21, 2011.

CONFIDENTIAL    CONFIDENTIAL

DENVER 000110

CONFIDENTIAL        CONFIDENTIAL        CONFIDENTIAL

AUTOPSY REPORT                -4-           ALONZO ASHLEY 2011-2174-20

HISTORY: The decedent was a 29-year-old African-American male (DOB: 06/10/1982) who went to the Denver Zoo in the afternoon on July 18, 2011, with his girlfriend and a number of her relatives. He was not feeling well, and complained of thirst and the heat (high temperature for the day at City Park, 96°F). He drank lots of water at a fountain, and then placed his head in the fountain basin for a prolonged period. This behavior concerned passers-by, who reported it to zoo personnel. A zoo security guard initially responded to what he believed was a medical situation (heat exhaustion). When asked if he needed help, the decedent refused any. The guard observed the decedent's girlfriend sitting nearby, and asked if she was with the decedent. At this point, the decedent angrily yelled to his girlfriend not to say anything to the guard. The guard started to leave the area, and was in the process of notifying his supervisor of what he now believed to be a domestic dispute, when the decedent ran after him and physically assaulted him. During the chase and assault, the decedent reportedly made threatening and irrational statements. The decedent returned to the fountain, washed his hands, and summoned his girlfriend, as the first DPD officer and additional zoo security approached. He and his girlfriend started to walk toward a zoo exit. He initially complied with requests to stop, but then became physically aggressive. He was wrestled to the ground, but continued to resist. Additional police arrived to help control him. A Taser was applied in stun mode multiple times to no apparent effect. The decedent briefly had control of the Taser, and also bit a zoo employee and a police officer. Two officers attempted to control his legs by applying OPNs (Orcutt Police nunchaku) to each of them; one of them broke during the struggle. All individuals involved in the restraint commented upon the decedent's unexpected strength. He was finally controlled in a prone position, with his head and shoulders held to the ground, his hands cuffed behind his back, and his legs crossed and flexed upward and pressed against his buttocks. Emergency medical services were activated. He was noticed to vomit, was moved a short distance, and he vomited again. He was turned to his side, and was then observed not to be breathing. Police initiated CPR, and an AED device was brought by zoo personnel. Denver Health paramedics and fire personnel arrived, commenced resuscitation attempts, and transported the decedent to Presbyterian/St. Luke's hospital.

No videotape of the events is available. No precise timeline of all events can be definitively reconstructed. Those involved generally estimate that the struggle took several minutes, and that the decedent became unresponsive within seconds to a few minutes after control was

DENVER 000111

CONFIDENTIAL        CONFIDENTIAL

**CONFIDENTIAL**          **CONFIDENTIAL**          **CONFIDENTIAL**

)                                    )

AUTOPSY REPORT            -5-           ALONZO ASHLEY 2011-2174-20

established. Estimates for the time interval between his unresponsiveness and arrival of medical personnel range from seconds to several minutes. Denver police were initially called at 5:02 p.m.; emergency medical personnel arrived approximately 15 minutes later; the ambulance arrived at P/SL at approximately 5:45 p.m.; the decedent was declared dead at 6:08 p.m.

WITNESSES: Personnel present for portions of, or all of, the postmortem examination includes John D. Carver, M.D.; Ms. Karen Jazowski and Mr. Robert Garner, Autopsy Assistants; Francie Rakiec (investigator for the law firm of Frankfurt and Trani); Officers Frazer, Martinez, and Gordon of the Denver Police Department, and Donald Bell, Chief Investigator for the Denver Office of the Medical Examiner.

ADDITIONAL MATERIALS REVIEWED: Videotaped police interviews of Denver Zoo employees (Andre Derritt, James Totten, Aaron Lawyer, Eric Fluegel and Kellie Gorman), zoo visitors (Alex Daeng, Carole Daugherty, Thomas Daugherty, Nic Vachon, Katie Goroncy, Nancy Sengprachanh, and Elina Sengprachanh), and Denver Police officers (Lt. Justin Jones, Philip Coleman, Lt. Pete Conner, Cheryl Smith, Charles Wheeling, Sean Stevenson, Joe Gaska and Jennifer Curtis). Interrogation report on Taser Model X26, serial no. X00-348286. Denver Police and Fire Department incident reports. Written statements (Dr. Diana J. Boon, , Morn Daeng, Carole Daugherty, Felice Daugherty, Thomas Daugherty, Eric Fluegel, Aaron Lawyer, Kim LeTourneau, Curry Rosato, Nancy Sengprachanh, James Totten, and Denver Police officers Adam Bechtold, Jeffrey Behnke, Damon Bowser, Marco Martinez, Alvin Shell and Alberto Paez). Denver Police crime lab report 2011-316430 (analysis of burnt green plant material in glass pipe). Denver Health paramedic trip sheet. Medical records from Presbyterian/St. Luke's emergency department. Prior medical records for the decedent: Denver Health emergency department (4/26/11, and 11/08/09), University Hospital (6/22/08, 6/22/08 and 6/30/07) and St. Anthony Central Hospital (12/12/00).

IDENTIFICATION: Positive identification was made via fingerprint comparison. A handwritten transportation band is around the right ankle.

CLOTHING: A cotton hospital gown and a white sheet are lying across the midabdomen. The body is otherwise unclad. Paper bags are over the hands. These are loose, and not secured around the wrists with any tape

**DENVER 000112**

**CONFIDENTIAL**          **CONFIDENTIAL**

CONFIDENTIAL      CONFIDENTIAL      CONFIDENTIAL

AUTOPSY REPORT                 -6-            ALONZO ASHLEY 2011-2174-20

or elastic. A somewhat soiled, ankle-length white sock is within the body bag, underneath the decedent's legs. Red-pink emesis is on the sheets underlying the upper body near the decedent's neck.

IDENTIFYING MARKS AND SCARS:
- Monochromatic tattoos of the numbers "7-8-1" and a gangster figure are over the top of the right shoulder and on the outer surface of the right upper arm.

EVIDENCE OF MEDICAL/SURGICAL INTERVENTION: Endotracheal tube, EKG lead pads, defibrillation pads, blood pressure cuff (left upper arm), intravenous catheter (right antecubital fossa).

### GENERAL EXTERNAL EXAMINATION

The autopsy is commenced at 0930 hours on July 20, 2011, on the body of Alonzo Ashley at the Denver Office of the Medical Examiner, State of Colorado. The body is that of a well-developed, well-nourished African-American male whose appearance is generally consistent with the reported age of 29 years. The body is 69 inches long and weighs 155 pounds.

There is some fine, sandy debris over the neck and scattered over the back.

At the beginning of autopsy rigor mortis is in the major muscle groups and the muscles of mastication. Pink-purple livor mortis is posterior, except in areas exposed to pressure.

HEAD: The body hair has a normal male distribution. Head hair is black, curly, short, and receding over the vertex. A short black moustache and goatee are over the upper lip and chin. The nares are partially occluded with dried orange-pink emesis. There is somewhat granular orange-pink emesis on the left side of the face and undersurface of the chin. EYES: The irides are brown. The pupils are equal. There are no scleral or conjunctival petechiae. NOSE: The septum is midline and does not grate upon palpation. EARS: The ears are normally formed. A single piercing is in the right earlobe; two are in the left earlobe. ORAL CAVITY: The oral cavity contains natural dentition in good repair. The inner surfaces of the lips are atraumatic.

NECK: The neck structures are midline.

CONFIDENTIAL        CONFIDENTIAL

DENVER 000113

CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL

AUTOPSY REPORT  -7-  ALONZO ASHLEY 2011-2174-20

CHEST: The breasts and nipples are normal male.

ABDOMEN: The abdomen is flat and firm.

GENITALIA: The external genitalia are normal male.

EXTREMITIES:
UPPER EXTREMITIES: The upper extremities are symmetrically formed with all digits present. The fingernails are all intact.
LOWER EXTREMITIES: The lower extremities are symmetrically formed with all digits present.

BACK AND SACRUM: The back and sacrum are unremarkable. Somewhat soft, greenish-brown feces are around the anus.

### EVIDENCE OF INJURY

I. BLUNT FORCE INJURIES OF HEAD AND NECK: Patchy orange-purple abrasion (2.5 x 1.0 cm) is over the right forehead. Very faint patchy orange-purple abrasion is at the lateral canthus of the right eyebrow. A small area of possible contusion is over the right cheekbone. A 1.0 cm, orange-red abrasion is above the left eyebrow. A 0.5 cm, purple abrasion is at the lateral aspect of the left eyebrow. Three small punctate orange-purple abrasions are at the lateral canthus of the left eye. A patch of reddish-purple, rash-type abrasion (6 x 5.5 cm) is over the right cheek. Additional small areas of purple and pink abrasion are near the left lateral aspect of the mouth. A small area of dried purple abrasion involves the pinna of the left ear.

II. BLUNT FORCE INJURIES OF THORAX AND ABDOMEN: Two very faint orange scratches are near the lower aspect of the left ribcage. These are 1.0 and 0.5 cm. Three areas of superficial orange abrasion are over the right scapula (2.5 x 1 cm, 2.5 x 1 cm, and approximately 4 x 2.5 cm). A 2.5 cm area of orange-pink abrasion is over the left scapula.

III. BLUNT FORCE INJURIES OF EXTREMITIES: A 2.5 cm, dried orange-purple abrasion is over the top of the left shoulder. A small area of linear, superficial, orange abrasions is posterior to the circular abrasion. A 6 x 2.5 cm area of horizontal, fine, superficial scratches is over the outer surface of the left upper

DENVER 000114

CONFIDENTIAL CONFIDENTIAL

AUTOPSY REPORT          -8-          ALONZO ASHLEY 2011-2174-20

arm. An 11 x 2 cm area of mottled purple contusions is over the posterior aspect of the left upper arm. Patchy, dried orange-pink abrasion is over the left elbow (6 x 8 cm). A 0.5 cm, orange-pink abrasion is over the ulnar surface of the left forearm. A 1.0 cm, reddish-purple abrasion is over the outer surface of the left wrist. Patchy reddish-pink to orange-purple abrasions are over the knuckles of the left hand and at the base of the left finger. A small orange-purple abrasion is over the distal joint of the left thumb. A 4.5 x 1.5 cm, orange-purple abrasion is over the top of the left shoulder. A number of very fine short superficial scratches are within the tattooed area over the right upper arm. Patchy orange-pink abrasion is over the right elbow (11 x 7 cm). A 1.0 cm, faint purple contusion is over the inner surface of the left upper arm. A 1.5 cm area of purple contusion is over the flexor surface of the right forearm. Small reddish-pink abrasions involve the joints of the right third and fifth fingers. There is a small torn flap of skin on the medial aspect near the nail of the right index finger. There is a 0.7 cm, orange-pink abrasion near the base of the right thumb.

Fairly extensive, dried orange-purple abrasion is over and around the right kneecap (12 x 12 cm). A 3 cm area of disrupted epidermis is over the right medial malleolus. An exposed area of tan-pink skin is below the right medial malleolus. Patchy reddish-pink abrasions are over the base of the right toe. Patchy orange-purple abrasions are over and below the left kneecap. A 2 cm area of orange-tan abrasion is over the medial left lower leg. A small area of disrupted skin is below the left medial malleolus.

### GENERAL INTERNAL EXAMINATION

Reflection of the chest wall musculature reveals a 3 cm area of contusion of the muscle, and over the ribcage, underlying the superficial scratches over the left lower chest.

BODY CAVITIES: Approximately 50 ml of clear, yellow-orange fluid are in each of the pleural cavities. Reflection of the chest wall musculature also reveals patchy hemorrhage on the inner surface of the sternum, and fractures at the sternocostal junction involving right ribs 3 and 4.

CARDIOVASCULAR SYSTEM: The heart weighs 370 grams. The epicardial surface is unremarkable. The coronary ostia are patent. The coronary

CONFIDENTIAL  CONFIDENTIAL  CONFIDENTIAL

AUTOPSY REPORT                -9-         ALONZO ASHLEY 2011-2174-20

arteries follow a right dominant distribution. Sectioning reveals no significant narrowing by atherosclerosis. No acute thrombosis is detected. The endocardial surface and papillary muscles are unremarkable. The valve leaflets are thin and pliant. The myocardium is firm and red-brown. There are no areas of fibrosis or scarring. AORTA: The aorta has a smooth yellow intimal surface with minimal atherosclerotic streaking. The major branches, including the celiac, superior and inferior mesenteric, and renal arteries are widely patent. The inferior vena cava is unremarkable.

RESPIRATORY SYSTEM: The right and left lungs weigh 900 and 890 grams, respectively, and show normal septation. Anthracotic pigmentation is diffusely over the visceral pleural surfaces. The parenchyma is diffusely purple and congested. There are no masses or areas of consolidation. The trachea and mainstem bronchi are tan and moist. There are no masses or aspirated material. The pulmonary arteries are free of thromboemboli.

SPLEEN: The spleen weighs 140 grams. The capsule is intact. The parenchyma is firm and purple. There are no infarcts, nodules, scars, or cysts present.

LIVER AND BILIARY SYSTEM:
LIVER: The liver weighs 1620 grams. The capsule is intact. The parenchyma is firm and orange-brown. No masses are detected. GALLBLADDER: A thin-walled gallbladder contains 10 ml of liquid bile and no stones.

GASTROINTESTINAL TRACT:
ESOPHAGUS: The esophageal mucosa is focally eroded but where intact is pink-purple. STOMACH: The stomach contains 150 cc of thin, green-brown, mucoid fluid. No pill fragments are identified. The mucosal surface is smooth and glistening. There are no gastric or duodenal ulcers. SMALL AND LARGE INTESTINES: The large and small intestines have appropriate luminal diameter and serosal appearance throughout their respective courses. The vermiform appendix is identified.

PANCREAS: The pancreas has tan-orange, lobular architecture. There is no hemorrhage or saponification.

ADRENAL GLANDS: The adrenal glands have a golden cortex and gray-brown medulla.

CONFIDENTIAL  CONFIDENTIAL

CONFIDENTIAL   CONFIDENTIAL   CONFIDENTIAL

AUTOPSY REPORT             -10-         ALONZO ASHLEY 2011-2174-20

GENITOURINARY SYSTEM:
KIDNEYS: The right and left kidneys weigh 150 and 160 grams, respectively. The capsules strip with ease. The external cortical surface is smooth and reddish-brown. The cortices are well delineated from the medullary pyramids. The pelves and ureters are nondilated.
URINARY BLADDER: The urinary bladder contains 100 cc of clear, yellow urine. The mucosal surface is tan and smooth. MALE INTERNAL GENITALIA: The prostate gland is firm and tan-yellow. There is no nodularity or enlargement.

SPINE: The spine has normal configuration.

NECK: The anterior musculature is smooth and glistening. There is a 3 x 1 cm area of hemorrhage, involving the fascia, overlying the upper aspect of the sternal head of the left sternocleidomastoid muscle. It does not appear that the hemorrhage extends deep within the muscle. There are no other areas of hemorrhage in the neck strap muscles. The tongue is free of lacerations and contusions. The hyoid bone and thyroid cartilage are intact. The laryngeal mucosa is orange, moist, and focally coated with a thin layer of tan, mucoid fluid. There are no masses or aspirated material. The thyroid gland has symmetrical purple lobes and appears unremarkable.

SKULL AND BRAIN: Reflection of the scalp reveals no areas of laceration, contusion, or hematoma. The skull is intact and without fracture. The dura is intact. There is no epidural, subdural, or subarachnoid hemorrhage. The brain weighs 1300 grams. The cerebrovascular system has normal configuration. The cranial nerves are symmetrically intact. Serial coronal sections through the brain reveal no areas of hemorrhage, contusion, or mass lesion within the cortex, white matter, brainstem, or cerebellum. The atlanto-occipital joint is intact. The cervical spinal column has normal mobility.

ADDITIONAL DISECCTION: A posterior approach was used to expose the spinal column. There was no hemorrhage in the paraspinal muscles and no palpable fractures of the spinous processes of the cervical spinal column. The skin of the back was dissected, and this revealed a 5 x 2 cm area of contusion in the subcutaneous fat of the right lower back/right upper buttock. An anterior approach was used to remove the thoracic and cervical spinal cord. This revealed no gross injury to the cord.

CONFIDENTIAL   CONFIDENTIAL

DENVER 000117

**CONFIDENTIAL** **CONFIDENTIAL** **CONFIDENTIAL**

AUTOPSY REPORT -11- ALONZO ASHLEY 2011-2174-20

### SPECIMENS OBTAINED

SPECIMENS: Specimens retained at autopsy include vitreous fluid, stomach contents, urine, and blood from the iliac veins. Evidence retained at autopsy includes head and pubic hair samples, fingernail scrapings, and blood for DNA.

HISTOLOGY: Sections of heart, lung, liver, kidney, and brain are submitted for histology as follows:

1. Adrenal, left sternocleidomastoid, pituitary, cervical spinal cord
2. Medulla, pancreas, thyroid
3. Pons, cerebellum
4. Hippocampus, basal ganglia
5. Cortex, liver, spleen
6. Kidney, left lung
7. Right lung
8. Right ventricle, septum
9. Left ventricle
B1-5. Cardiac conduction system

### MICROSCOPIC EXAMINATION

HEART: All sections of myocardium and cardiac conduction system are free of significant histopathology.

LUNG: Red blood cells, edema fluid and occasional bacterial colonies are focally in alveoli.

LIVER: Free of significant histopathology.

SPLEEN: Free of significant histopathology.

ADRENAL: Free of significant histopathology.

THYROID: Free of significant histopathology.

PANCREAS: Autolyzed, but free of significant histopathology.

KIDNEY: Free of significant histopathology.

BRAIN: Sections of cervical spinal cord, medulla, hippocampus, cortex and pituitary gland are free of significant histopathology. Focal

**CONFIDENTIAL** **CONFIDENTIAL**

DENVER 000118

CONFIDENTIAL    CONFIDENTIAL    CONFIDENTIAL

AUTOPSY REPORT                -12-           ALONZO ASHLEY 2011-2174-20

microscopic perivascular and intraparenchymal hemorrhages are in the section of pons. Focal microscopic perivascular hemorrhages are in the section basal ganglia.

-END OF REPORT-

CONFIDENTIAL    CONFIDENTIAL

DENVER 000119