**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01856-MSK-NYW

GAIL WATERS, as personal representative of the
Estate of Alonzo Ashley

        Plaintiff,

v.

PETE CONNER, and
JOEY GASCA,

        Defendants.

## NOTICE OF SETTLEMENT

The Parties, through their counsel, respectfully submit this Notice of Settlement in this matter.

1.     The Court previously granted the Parties an extension of time to file a Revised Final Pretrial Order, up to and including April 11, 2016. *See* [Doc. #189].

2.     The Parties reached a settlement on all claims asserted in this lawsuit conditioned upon and subject to the approval by Denver City Council. On April 4, 2016, the settlement was approved by the Denver City Council.

3.     As part of this settlement, Plaintiff will file a Stipulation for Dismissal with Prejudice once funds have been received by Plaintiff.

4. The Parties anticipate this process should be completed within thirty days from the filing of this Notice. Accordingly, the Parties anticipate filing a Stipulation for Dismissal by May 11, 2016.

Wherefore, for the foregoing reasons, the Parties jointly and respectfully request that the Court accept this Notice of Settlement and permit up to and including May 11, 2016 to file a Stipulation for Dismissal.

DATED this 11th day of April, 2016.

Respectfully submitted:

**LAW OFFICE OF KEVIN C. FLESCH, LLC.**

*s/ Kevin C. Flesch*
Kevin C. Flesch
333 W. Hampden Ave. Suite 710
Englewood, CO  80110
Telephone:  303-806-8886
Fax:  303-806-8882
Email: kevinflesch@fleschlaw.com


**FRANKFURT LAW OFFICES PC**

*s/ William W. Frankfurt*
William W. Frankfurt
1884 Gaylord Street
Denver, CO
Telephone:  303-830-0090
Fax:  303-830-0129
Email:  wfrankfurt@comcast.net

*Attorneys for Plaintiff*


*s/ Cristina Peña Helm*
Wendy J. Shea
Cristina Peña Helm
Assistant City Attorneys

2

Office of the City Attorney, Litigation Section
210 W. Colfax Avenue, Dept. 1108
Denver, CO  80202
Telephone:  (720) 913-3112
Facsimile:   (720) 913-3182
E-mails:     wendy.shea@denvergov.org
              cristina.helm@denvergov.org


Eric M. Ziporin
Senter Goldfarb & Rice, L.L.C.
3900 East Mexico Avenue
Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
E-mail:       eziporin@sgrllc.com

*Attorneys for the Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed with the Clerk of the Court using the EM/ECF system, which will serve a copy upon the following:

Kevin C. Flesch
kevinflesch@fleschlaw.com

William W. Frankfurt
wfrankfurt@comcast.net

                                      *s/Cristina Peña Helm*
                                      Denver City Attorney's Office